# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**Case Number and Judge Assignment (to be supplied by the Court):** 05-74253 GERALD ROSEN

**Plaintiff(s) Name:** Ernest Flagg

vs.

**Defendant(s) Name:** City of Detroit

**Plaintiff's attorney, address and telephone:**
Delicia Coleman
23300 Greenfield Rd, Ste. 111
Oak Park, MI 48237

**Name and address of defendant being served:**
Ella Bully Cummings
1300 Beaubien
Detroit, MI 48226

FILED 2005 NOV 18 P 12:50

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within ___20___ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
Deputy Clerk

NOV -7 2005
Date of issuance

PAGE 1 OF 2

INT-0131-MIE-REV. 12/93 06/99

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Ella Bully Cummings_

Date of service: _November 15, 2005_

**Method of Service**

☒ Personally served at this address: _City of Detroit – Corporate Counsel_
_1650 First National Building_
_660 Woodward – Detroit MI 48226_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees: Travel $ _____ Service $ _____ Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_11-17-05_
Date

Signature of server: _Gregory Wilkins_

Server's printed name: _Gregory Wilkins_

Server's address: _980 Whitmore Rd, Apt 307, Detroit, MI 48203_