Flagg v. Detroit, City of et al    Doc. 3

Original  2

# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**05-74253**

Case Number and Judge Assigned (To be supplied by the court)

GERALD ROSEN

**Plaintiff(s) Name**

Ernest Flagg

vs.

**Defendant(s) Name**

City of Detroit

**Plaintiff's attorney, address and telephone:**

Delicia Coleman
23300 Greenfield Rd. - Ste 111
Oak Park, MI 48237
248-967-6293

**Name and address of defendant being served:**

Christine Petty
2 Woodward Avenue
Detroit, MI 48226

FILED 2005 NOV 18 P 12:50

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
Deputy Clerk

NOV -9 2005

Date of issuance

PAGE 1 OF 2

INT-0131-MIE-REV. 12/93 06/99

Dockets.Justia.com

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Christine Beatty_

Date of service: _November 15, 2005_

**Method of Service**

☒ Personally served at this address: _City of Detroit – Corporate Counsel_
_1650 First National Building_
_660 Woodward – Detroit MI 48226_

☐ Left copies at the defendant's usual place of abode with (name of person):

At this address:

☐ Other (please specify):

Service fees: Travel $ _____ Service $ _____ Total $ _____

_I declare under the penalty of perjury that the information contained in this Return of Service is true._

_11-17-05_
Date

Signature of server: _Gregory Wilkins_

Server's printed name: _Gregory Wilkins_

Server's address: _980 Whitmore Rd, Apt 307_
_Detroit, Mich 48203_