*Original*

# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**05-74253 GERALD ROSEN**
Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name:** Ernest Flagg

vs.

**Defendant(s) Name:** City of Detroit

**Plaintiff's attorney, address and telephone:**
Delicia Coleman
25300 Greenfield Rd-Ste 111
Oak Park, MI 48237
248-967-6293

**Name and address of defendant being served:**
City of Detroit
Municipal Corporation
2-Woodward Avenue
Detroit, Michigan

FILED 2005 NOV 18 P 12:50

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within **20** days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

David J. Weaver
Clerk of the Court

By: _[signature]_
Deputy Clerk

**NOV - 9 2005**
Date of issuance

PAGE 1 OF 2

INT-0131-MIE-REV. 12/93 06/99

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _City of Detroit_

Date of service: _November 15, 2005_

**Method of Service**

☒ Personally served at this address: _City of Detroit – Corporate Counsel_
_1650 First National Building_
_660 Woodward – Detroit, MI 48226_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees: Travel $_____ Service $_____ Total $_____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_11-17-05_
Date

_Gregory Wilkins_
Signature of server

_Gregory Wilkins_
Server's printed name

_980 Whitmore Rd, Apt 307_
Server's address

_Detroit, Mich 48203_