ORIGINAL   Judge Copy   2

# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**05-74253**

Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**

Ernest Flagg

VS.

**Defendant(s) Name**

City of Detroit

**Plaintiffs attorney, address and telephone:**

Delicia Coleman
23300 Greenfield Rd. - Ste 111
Oak Park, MI 48237
248-967-6293

**Name and address of defendant being served:**

Cara Best
239 Windward Ct.
Detroit, MI 48207

### To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within _20_ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

David J. Weaver
Clerk of the Court

By: _____
Deputy Clerk

NOV -9 2005
Date of Issuance

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _Cara Best_

Date of service: _11/15/2005 @ 2:26 pm_

**Method of Service**

☒ Personally served at this address: _239 Windwart Ct._
_Detroit, MI 48207_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☒ Other (please specify): _USPS Receipt # 7003 1680 0004 1473 6451_

Service fees: Travel $ _____ Service $ _____ Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

_11/28/05_
Date

Signature of server: _Gregory Wilkins_

Server's printed name: _Gregory Wilkins_

Server's address: _980 Whitmore St. - Detroit MI 48202_