Judge Copy    2

ORIGINAL

# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**GERALD ROSEN**
Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**
Ernest Flagg

vs.

**Defendant(s) Name**
City of Detroit

**Plaintiffs attorney, address and telephone:**
Delicia Coleman
23300 Greenfield Rd. Ste. 111
Oak Park, MI 48237

**Name and address of defendant being served:**
Mike Cox – State Attorney General
Cadillac Place, 10th Floor
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within 20 days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
Deputy Clerk

NOV - 7 2005
Date of issuance

PAGE 1 OF 2

INT-0131-MIE-REV. 12/93 06/99

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: Mike Cox

Date of service: 11/16/05 @ 9:46 am

**Method of Service**

☑ Personally served at this address: 525 W. Ottawa St.
Lansing, MI 48909

☐ Left copies at the defendant's usual place of abode with (name of person):

At this address:

☑ Other (please specify): USPS receipt # 7003 1680 0004 1473 6425

Service fees: Travel $ _____ Service $ _____ Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

11/28/05
Date

Gregory Wilkins
Signature of server

Gregory Wilkins
Server's printed name

980 Whitmore Street - Detroit MI 48202
Server's address