Judge Copy

ORIGINAL

# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**Case Number and Judge Assignment** (to be supplied by the Court)

05-74253
GERALD ROSEN

**Plaintiff(s) Name**

Ernest Flagg

vs.

**Defendant(s) Name**

City of Detroit

**Plaintiff's attorney, address and telephone:**

Delicia Coleman
23300 Greenfield Rd. - Ste 111
Oak Park, MI 48237
248-967-6293

**Name and address of defendant being served:**

Jerry Oliver - Deputy Director
Arizona Dept. of Administration
100 N. 15th Avenue - Ste 401
Phoenix, Arizona 85007

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

David J. Weaver
Clerk of the Court

By: _[signature]_
Deputy Clerk

NOV - 9 2005
Date of issuance

PAGE 1 OF 2

INT-0131-MIE-REV. 12/93 06/99

Dockets.Justia.com

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below.

Name of Defendant served: Jerry Oliver

Date of service: 11-17-2005 @ 2:36 pm

Method of Service: 100 N 15th Avenue #401 - Phoenix, Arizona 85007
Certified Mail / USPS Delivered
on November 17, 2005 @ 2:30 pm
Return receipt enroute

☒ Personally served at this address:

☐ Left copies at the defendant's usual place of abode with (name of person):

At this address:

☒ Other (please specify): USPS Receipt # 7003 1680 0004 1973 6468

Service fees: Travel $ _____ Service $ _____ Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

Date: 11/28/05

Signature of server: Gregory Wilkins

Server's printed name: Gregory Wilkins

Server's address: 890 Whitmore St. Detroit, MI 48202