# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG,
        Plaintiff(s),

CASE NUMBER: 05-74253

v.

HON. GERALD E. ROSEN

CITY OF DETROIT, et al.,
        Defendant(s).
_____/

## **NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on **THURSDAY, JULY 6, 2006 AT 2:00 P.M.**, in **Court Room 733**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226. The following motions are scheduled for hearing:

- Defendants' Motion to Dismiss, docket entries # 9, filed 12/5/05 and #10, filed 12/22/05.

## CERTIFICATE OF MAILING

Dated: April 28, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 28, 2006, by electronic and/or ordinary mail.

                              s/LaShawn R. Saulsberry
                              Case Manager
                              (313) 234-5137