UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as next of Friend
of JONATHAN BOND,

    Plaintiff,                                                                    Case No. 05-74253

v                                                                                          Hon. Gerald E. Rosen

CITY OF DETROIT, a municipal corporation,
DETROIT POLICE CHIEF, ELLA
BULLY CUMMINGS, DEPUTY POLICE CHIEF
CARA BEST, JOHN DOE POLICE
OFFICERS, ATTORNEY GENERAL MIKE COX-
STATE OF MICHIGAN, FORMER CHIEF OF POLICE OF
DETROIT JERRY OLIVER, MAY OF CITY OF
DETROIT KWAME KILPATRICK, FORMER CHIEF OF
STAFF FOR MAYOR OF CITY OF DETROIT,
CHRISTINE BEATTY,

    Defendants.
_____

Delicia Coleman (P56278)
Attorney for Plaintiff
23300 Greenfield Road, Ste. 111
Oak Park, Michigan 48237
(248) 967-6293

Mark E. Donnelly (P39281)
T. Blair Renfro (P66882)
Assistant Attorney General
Public Employment, Elections & Tort Division
Attorney for Defendant Attorney General Mike Cox
P.O. Box 30736
Lansing, Michigan 48909
(517) 373-6434
_____

## WITHDRAWAL OF ATTORNEY

    PLEASE TAKE NOTICE that T. Blair Renfro Assistant Attorney General, hereby

withdraws as attorney of record for Defendant Cox in the above matter.

Respectfully submitted,

MICHAEL A. COX
Attorney General

*/s/ Mark E. Donnelly*
Mark E. Donnelly
Assistant Attorney General
Public Employment, Elections
& Tort Defense Division
P.O. Box 30736
Lansing, MI 48909-8236
(517) 373-6434
(P39281)

Date: May 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Withdrawal of Counsel, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Delicia Coleman
23300 Greenfield Road, Ste. 111
Oak Park, Michigan 48237

*/s/ Mark E. Donnelly*
Assistant Attorney General
Attorney for Defendant
Public Employment, Elections & Tort Division
P. O. Box 30736
Lansing, MI 48909-8236
(517) 373-6434
Email: donnellym@michigan.gov
(P39281)