MIE 700 Order to Show Cause in Writing  (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG,

                    Plaintiff(s),          CASE NUMBER: 05-74253

v.                                         HONORABLE GERALD E. ROSEN

CITY OF DETROIT ETAL,

                    Defendant(s).
_____/

## ORDER TO SHOW CAUSE

        IT IS ORDERED that Plaintiff respond in writing or otherwise show good cause why this

action should not be dismissed as to **Cara Best and Jerry Oliver** for *Failure to Prosecute*

*Pursuant to Local Rule 41.2 of the Eastern District of Michigan*, within fifteen (15) days of this

order.


Date: 7/31/06                              s/Gerald E. Rosen
                                           UNITED STATES DISTRICT JUDGE


## CERTIFICATE OF MAILING

        I hereby certify that on the date indicated above, I caused a true copy of this order to be mailed

to the following individual(s) at their last known address(es):


Delicia Coleman




                                           s/Vee Sims for LaShawn R. Saulsberry
                                           Case Manager

Dockets.Justia.com