# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG,

        Plaintiff(s),

CASE NUMBER: 05-74253

HONORABLE GERALD E. ROSEN

v.

CITY OF DETROIT, et al.,

        Defendant(s).
                                            /

## ORDER TO SHOW CAUSE

      IT IS ORDERED that Plaintiff respond in writing or otherwise show good cause why this action should not be dismissed as to Cara Best, Jerry Oliver, Harold Cureton, Billy Jackson and Craig Schartz for *Failure to Prosecute*, within ten (10) days of this order.

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

Dated: April 26, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 26, 2007, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager