UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, NEXT OF FRIEND
OF JONATHAN BOND,

    Plaintiff

Case No. 05CV74253

Hon. Gerald Rosen

vs.

CITY OF DETROIT, a municipal corporation,
DETROIT POLICE CHIEF ELLA BULLY
CUMMINGS, DEPUTY POLICE CHIEF
CARA BEST, JOHN DOE POLICE OFFICERS,
ASSISTANT DEPUTY POLICE CHIEF
HAROLD CURETON, COMMANDER
CRAIG SCHARTZ, POLICE LT. BILLY
JACKSON, jointly and severally,

    Defendants.
_____/

**Norman Yatooma & Associates, P.C.**
By: Robert S. Zawideh (P43787)
219 Elm Street
Birmingham, MI 48009
(248) 642-3600

Delicia Coleman, P-56278
Attorney for Plaintiff
21700 Northwestern Hwy., Ste. 980
Southfield, MI 48075
(248) 395-6292

_____/

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

The undersigned hereby stipulate and agree that the law offices of NORMAN YATOOMA & ASSOCIATES, P.C., ("NYA") are hereby substituted in as attorneys for Plaintiff, and the attorney Delicia Coleman is withdrawn and otherwise removed as attorney for the Plaintiff.

By: _____
Norman Yatooma & Associates, P.C.
By: Robert S. Zawideh (P43787)

By: _____
Delicia Coleman, P-56278

1