# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG, NEXT OF FRIEND
OF JONATHAN BOND,

      Case No. 05CV74253

  Plaintiff

      Hon. Gerald Rosen

vs.

CITY OF DETROIT, a municipal corporation,
DETROIT POLICE CHIEF ELLA BULLY
CUMMINGS, DEPUTY POLICE CHIEF
CARA BEST, JOHN DOE POLICE OFFICERS,
ASSISTANT DEPUTY POLICE CHIEF
HAROLD CURETON, COMMANDER
CRAIG SCHARTZ, POLICE LT. BILLY
JACKSON, jointly and severally,

  Defendants.

_____/

| | |
|---|---|
| **Norman Yatooma & Associates, P.C.** | Delicia Coleman, P-56278 |
| By: Robert S. Zawideh (P43787) | Attorney for Plaintiff |
| 219 Elm Street | 21700 Northwestern Hyw., Ste. 980 |
| Birmingham, MI 48009 | Southfield, MI 48075 |
| (248) 642-3600 | (248) 395-6292 |

_____/

## ORDER FOR SUBSTITUTION OF ATTORNEYS

    At a hearing held in the Courthouse in the City of Detroit, County of Wayne and State of Michigan, on the 28th day of November, 2007.

    PRESENT:  Gerald E. Rosen
                    DISTRICT COURT JUDGE

    This matter having come before the court by stipulation, and the court being otherwise fully informed in the premises,

Dockets.Justia.com

IT IS HEREBY ORDERED that the law offices of NORMAN YATOOMA & ASSOCIATES, P.C., ("NYA") are hereby substituted in as attorneys for Plaintiff, and the attorney Delicia Coleman is withdraw and otherwise removed as attorney for the Plaintiff.

SO ORDERED.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: November 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 28, 2007, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager