**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERNEST FLAGG,

                Plaintiff(s),

CIVIL ACTION: 05-74253

v.

HONORABLE GERALD E. ROSEN

CITY OF DETROIT, et al.,

                Defendant(s).
_____/

## NOTICE OF SCHEDULING CONFERENCE

You are notified to appear on: **THURSDAY, JANUARY 3, 2008 AT 3:00 P.M.** in the Chambers of the Honorable Gerald E. Rosen, 231 West Lafayette, *Room 730*, Theodore Levin U.S. Courthouse, Detroit, Michigan, for a scheduling conference on the above-referenced action.

## PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:

1. A brief summary to the Court of the case and issues.
2. Subject matter jurisdiction.
3. Relationship to other cases.
4. Necessity of amendments to pleadings, additional parties, third-party complaints or other additional information.
5. Discovery progress - - counsel are instructed to commence significant discovery prior to the conference.
6. Mediation.
7. Motions.

The purpose of this conference is to make the Court aware of the issues involved, to discuss the possibility of settlement and to establish dates for discovery cut-off, motion cut-off, pretrial and trial. Please be prepared to address all these issues.

**The Court does not grant adjournments of Scheduling Conference because trial counsel is unavailable. Substitute counsel must appear.**

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 5, 2007, by electronic and/or ordinary mail.

                                            s/LaShawn R. Saulsberry
                                            Case Manager
                                            313/234-5137