**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERNEST FLAGG,

                            Plaintiff(s),
                                                                 CIVIL ACTION: 05-74253

v.

                                                                             HONORABLE GERALD E. ROSEN

CITY OF DETROIT, ET AL,

                            Defendant(s).
_____/

**AMENDED NOTICE OF SCHEDULING CONFERENCE**

You are notified to appear on: **FRIDAY, JANUARY 4, 2008 AT 3:00 P.M.** in the Chambers of the Honorable Gerald E. Rosen, 231 West Lafayette, *Room 730*, Theodore Levin U.S. Courthouse, Detroit, Michigan, for a scheduling conference on the above-referenced action.

**PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:**

1. A brief summary to the Court of the case and issues.
2. Subject matter jurisdiction.
3. Relationship to other cases.
4. Necessity of amendments to pleadings, additional parties, third-party complaints or other additional information.
5. Discovery progress - - counsel are instructed to commence significant discovery prior to the conference.
6. Mediation.
7. Motions.

The purpose of this conference is to make the Court aware of the issues involved, to discuss the possibility of settlement and to establish dates for discovery cut-off, motion cut-off, pretrial and trial. Please be prepared to address all these issues.

**The Court does not grant adjournments of Scheduling Conference because trial counsel is unavailable. Substitute counsel must appear.**

                                                                             David J. Weaver, Clerk of Court

DATED: December 19, 2007                                  s/LaShawn R. Saulsberry
                                                                          Case Manager
                                                                          313/234-5137

cc:    ROBERT S. ZAWIDEH
        JOHN A. SCHAPKA
        MARK E. DONNELLY