**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ERNEST FLAGG, as Next Friend of
JONATHAN BOND,

      Plaintiff,                                    Case No. 05-74253

v.                                                    Hon. Gerald E. Rosen

CITY OF DETROIT, *et al.,*

      Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT**

                    At a session of said Court, held in
               the U.S. Courthouse, Detroit, Michigan
               on   January 8, 2008

          PRESENT:  Honorable Gerald E. Rosen
                                United States District Judge

      By motion filed on December 19, 2007, Plaintiff seeks leave to file a second amended complaint that includes additional allegations and reasserts claims against certain defendants who were dismissed from the case without prejudice in an order of partial dismissal dated November 14, 2007. The Court addressed this matter with counsel at a scheduling conference held on January 4, 2008. Having reviewed Plaintiff's motion and the record as a whole, and having considered the statements of counsel at the January 4 scheduling conference,

      NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's December 19,

2007 motion for leave to file second amended complaint is GRANTED. IT IS FURTHER ORDERED that, within *seven (7) days* of the date of this order, Plaintiff shall file and serve a second amended complaint of the form and substance found at Exhibit 1 to his motion.

                                                      s/Gerald E. Rosen  
                                                      Gerald E. Rosen  
                                                      United States District Judge

Dated: January 8, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 8, 2008, by electronic and/or ordinary mail.

                                                        s/LaShawn R. Saulsberry  
                                                      Case Manager