UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

      Plaintiff,

v.

Case No.: 05-CV-74253
Hon. Gerald Rosen

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1-20;
ASST. DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ; POLICE LT.
BILLY JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally,

      Defendants.

_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746) <br> ROBERT S. ZAWIDEH (P43787) <br> NORMAN YATOOMA & ASSOCIATES, P.C. <br> Attorneys for Plaintiff <br> 219 Elm Street <br> Birmingham, MI 48009 <br> (248) 642-3600 | MAYER MORGANROTH (P17966) <br> JEFFREY B. MORGANROTH (P41670) <br> MORGANROTH & MORGANROTH, PLLC <br> Attorneys for Defendants <br> 3000 Town Center, Suite 1500 <br> Southfield, MI 48075 <br> (248) 355-3084 |

JOHN A. SCHAPKA (P36731)
CITY OF DETROIT LAW DEPARTMENT
Co-Counsel for Defendants
1650 First National Building
Detroit, MI 48226
(313) 224-4550

_____/

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017
_____

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

**APPEARANCE OF MAYER MORGANROTH**

To: Clerk of the Court
U.S. District Court, Eastern District

Please enter the Appearance of Mayer Morganroth, from the law firm of Morganroth & Morganroth, PLLC, as counsel for Defendants in the above-entitled matter.

                                              Respectfully submitted,

                                               /s/ Mayer Morganroth
MAYER MORGANROTH
MORGANROTH & MORGANROTH, PLLC
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084
mmorganroth@morganrothlaw.com
[P17966]

Dated: January 11, 2008

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Norman A. Yatooma, Esq., Robert S. Zawideh, Esq. and John A. Schapka, Esq.

     /s/ Mayer Morganroth
MAYER MORGANROTH
MORGANROTH & MORGANROTH, PLLC
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084
mmorganroth@morganrothlaw.com
[P17966]

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302