# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: Harold Cureton

Date of service: 1/27/08

**Method of Service**

☒ Personally served at this address: 16117 Crystal Downs E Northville MI 48168

☐ Left copies at the defendant's usual place of abode with (name of person):

At this address: 16117 Crystal Downs E Northville MI 48168

☐ Other (please specify): _____

Service fees: Travel $ _____ Service $ _____ Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

January 28, 2008
Date

Signature of server: Tracy Byrd
Server's printed name: Tracy Byrd
Server's address: 18701 Grand River Detroit MI 48223