# UNITED STATES OF AMERICA
## IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

    Plaintiff,

Case No.: 05-CV-74253
Hon. Gerald Rosen

-vs-

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1 - 20;
ASST. DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ;
POLICE LT. BILLY JACKSON;
MAYOR KWAME M. KILPATRICK;
CHRISTINE BEATTY, jointly and severally

    Defendants.

_____/

**Norman Yatooma & Associates, P.C.**
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiffs
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600

**Morganroth & Morganroth, PLLC**
By: Mayer Morganroth (P17966)
By: Jeffrey B. Morganroth (P41670)
Attorneys for Defendants
3000 Town Center, Ste. 1500
Southfield, Michigan 48075
(248) 355-3084

**City of Detroit Law Department**
By: John A. Schapka (P36731)
Attorneys for Defendants
1650 First National Building
Detroit, Michigan 48226
(313) 224-4550

_____/

## PROOF OF SERVICE

1

Ryan D. Bobel hereby certifies that on January 30, 2008 a copy of Subpoena for the Production of Documents and Things to the Detroit Free Press and this Proof of Service were served upon the following parties via facsimile and regular mail, postage prepaid:

**Morganroth & Morganroth, PLLC**
By: Mayer Morganroth (P17966)
By: Jeffrey B. Morganroth (P41670)
Attorneys for Defendants
3000 Town Center, Ste. 1500
Southfield, Michigan 48075
(248) 355-3084 (voice)
(248) 355-3017 (facsimile)

**City of Detroit Law Department**
By: John A. Schapka (P36731)
Attorneys for Defendants
1650 First National Building
Detroit, Michigan 48226
(313) 224-4550 (voice)
(313) 224-5505 (facsimile)

The above statements are true to the best of my knowledge, information, and belief.

Date: January 30, 2008

Ryan D. Bobel (P62792)