UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

                Plaintiff,              No. 05-CV-74253-DT

vs.                                     Hon. Gerald E. Rosen

CITY OF DETROIT, et al.,

                Defendants.
_____/

ORDER GRANTING, IN PART, AND DENYING, IN PART,
PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANTS BEST AND JACKSON

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     February 15, 2008

        PRESENT:  Honorable Gerald E. Rosen
                            United States District Judge

The Court having reviewed and considered Plaintiff's Emergency Motion for an Extension of Time to Serve Defendants Best and Jackson, and being fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time to Serve Defendants Best and Jackson is GRANTED. Accordingly,

IT IS FURTHER ORDERED that Plaintiff shall have an additional ten (10) days to effectuate service upon Defendants Best and Jackson.

IT IS FURTHER ORDERED that Plaintiff's request to tax costs against Defendants is DENIED.

                s/Gerald E. Rosen
                Gerald E. Rosen
                United States District Judge

Dated: February 15, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2008, by electronic and/or ordinary mail.

                s/LaShawn R. Saulsberry
                Case Manager