UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

       Plaintiff,

v.

Case No.: 05-CV-74253
Hon. Gerald E. Rosen
Magistrate Judge R. Steven Whalen

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1-20; ASST.
DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ; POLICE LT.
BILLY JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally,

       Defendants.

_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746)<br>ROBERT S. ZAWIDEH (P43787)<br>NORMAN YATOOMA & ASSOCIATES, P.C.<br>Attorneys for Plaintiff<br>219 Elm Street<br>Birmingham, MI 48009<br>(248) 642-3600 | MAYER MORGANROTH (P17966)<br>JEFFREY B. MORGANROTH (P41670)<br>MORGANROTH & MORGANROTH, PLLC<br>Attorneys for City of Detroit, Ella Bully-Cummings, Craig Schwartz, Mayor Kwame M. Kilpatrick and Christine Beatty<br>3000 Town Center, Suite 1500<br>Southfield, MI 48075<br>(248) 355-3084 |
| JOHN A. SCHAPKA (P36731)<br>CITY OF DETROIT LAW DEPARTMENT<br>Co-Counsel for Defendants<br>1650 First National Building<br>Detroit, MI 48226<br>(313) 224-4550 | |

_____/

**DEFENDANTS', CITY OF DETROIT, ELLA BULLY-CUMMINGS, CRAIG SCHWARTZ, MAYOR KWAME M. KILPATRICK, AND CHRISTINE BEATTY'S, <u>RESPONSE TO ORDER TO SHOW CAUSE DATED FEBRUARY 7, 2008</u>**

MORGANROTH & MORGANROTH, PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

Defendants, City of Detroit, Ella Bully-Cummings, Craig Schwartz, Mayor Kwame M. Kilpatrick, and Christine Beatty, by and through their attorneys, Morganroth & Morganroth, PLLC, hereby respond to this Court's Order to Show Cause, and state as follows:

Defendants are not aware of any facts that would warrant entry of such an order directing Defendants and SkyTel, Inc. to preserve the various categories of materials identified in Plaintiff's Motion to Preserve Evidence filed on February 1, 2008 ("Plaintiff's Motion") especially inasmuch as there already is an obligation to preserve evidence that is relevant to this litigation and Judge Robert J. Columbo, Jr. of the Wayne County Circuit Court has already issued an order (attached as Exhibit 1[1]) in Detroit Free Press, Inc. vs. City of Detroit, Case No. 08-100214-CZ requiring SkyTel to preserve the 14,000 text messages which Plaintiff has made such a big deal about obtaining in this case. Furthermore, the subpoenas to which Plaintiff refers in its Motion violated the Federal Rules of Civil Procedure, are overblown, unduly burdensome and expensive, seek materials not relevant to any issue in this case and seek to invade several privileges. However, in light of this Court's statements set forth in the Order to Show Cause dated February 7, 2008, Defendants DO NOT OPPOSE entry of an order to preserve the various categories of materials identified in Plaintiff's Motion to the extent that such materials exist and are in the possession, custody or control of

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017
———
NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

---

[1]/ Defendants' counsel attempted to retrieve a copy of the Order that was entered by Judge Colombo from the Wayne County Circuit Court, but the file was checked out. Accordingly, Defendants have attached the order as approved for entry which Defendants' counsel has been advised was in fact entered.

1

Defendants or SkyTel, Inc. for the purpose of accomplishing the salutary purpose highlighted by this Court in the Order to Show Cause.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

By: /s/ Mayer Morganroth
MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH (P41670)
AARON J. HERSKOVIC (P66092)
Attorneys for City of Detroit, Ella Bully-Cummings, Craig Schwartz, Mayor Kilpatrick, and Christine Beatty
3000 Town Center, Suite 1500, Southfield, MI 48075
(248) 355-3084
E-mail: mmorganroth@morganrothlaw.com

Dated: February 21, 2008

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Norman Yatooma, Esq.
Norman Yatooma & Associates, P.C.
219 Elm Street
Birmingham, Michigan 48009

                                          MORGANROTH & MORGANROTH, PLLC


                                          By: /s/ Mayer Morganroth
                                          MAYER MORGANROTH (P17966)
                                          Morganroth & Morganroth, PLLC
                                          3000 Town Center, Suite 1500
                                          Southfield, MI 48075
Dated:February 21, 2008               (248) 355-3084
                                          E-mail: mmorganroth@morganrothlaw.com

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302