UNITED STATES OF AMERICA
IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

       Plaintiff,

  Case No.: 05-CV-74253
  Hon. Gerald Rosen

-vs-

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1 - 20;
ASST. DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ;
POLICE LT. BILLY JACKSON;
MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally

**Ex Parte Motion for Enlargement of Page Limit Pursuant to LR 7.1(c)(3)(A)**

       Defendants.
_____/

**Norman Yatooma & Associates, P.C.**
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiffs
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600

**City of Detroit Law Department**
By: Krystal A. Crittendon (P49981)
Attorney for Defendant Harold Cureton
660 Woodward, Suite 1650
Detroit, Michigan 48226
(313) 237-3018

**City of Detroit Law Department**
By: John A. Schapka (P36731)
Co-Counsel for Defendants City of Detroit, Mayor Kwame M. Kilpatrick, Detroit Police Chief Ella Bully-Cummings, Commander Craig Schwartz and Christine Beatty.
1650 First National Building
Detroit, Michigan 48226
(313) 224-4550

**Morganroth & Morganroth, PLLC**
By: Mayer Morganroth (P17966)
By: Jeffrey B. Morganroth (P41670)
Attorneys for Defendants City of Detroit, Mayor Kwame M. Kilpatrick, Detroit Police Chief Ella Bully-Cummings, Commander Craig Schwartz and Christine Beatty.
3000 Town Center, Ste. 1500
Southfield, Michigan 48075
(248) 355-3084
_____/

1

## EX-PARTE MOTION FOR ENLARGEMENT OF PAGE LIMIT PURSUANT TO LR 7.1(c)(3)(A)

PLAINTIFF ERNEST FLAGG, as Next Friend of JONATHAN BOND, a minor, by his undersigned counsel, NORMAN YATOOMA & ASSOCIATES, P.C., for their Ex Parte Motion for Enlargement of Page Limit pursuant to LR 7.1(c)(3)(A) states as follows:

1. In order to adequately address the legal issues raised in Defendants' Motion to Dismiss and to provide the Court with the proper factual background necessary to consideration of the Motion, Plaintiff is unable to limit its Response Brief to twenty (20) pages as required by L.R. 7.1(c)(3)(A).

WHEREFORE, PLAINTIFF ERNEST FLAGG respectfully requests that the Court enter an order granting its motion and providing for an enlargement of its Response Brief in Opposition to the Motion to Dismiss not to exceed a total of twenty-five (25) pages.

Respectfully Submitted,

Dated: February 28, 2008

/s/ **Robert S. Zawideh**
Norman Yatooma & Associates, P.C.
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiff
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600
zawideh@normanyatooma.com

## BRIEF IN SUPPORT OF EX-PARTE MOTION FOR ENLARGEMENT OF PAGE LIMIT PURSUANT TO LR 7.1(c)(3)(A)

For the reasons stated in the accompanying Motion, Plaintiff ERNEST FLAGG, by and therough its undersigned counsel, respectfully requests this Court enter an Order granting an enlargement of its Response Brief in Opposition to Motion to Dismiss not to exceed a total of twenty-five (25) pages.

Respectfully Submitted,

Dated: February 28, 2008

/s/ **Robert S. Zawideh**
Norman Yatooma & Associates, P.C.
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiff
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600
zawideh@normanyatooma.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008 I electronically filed the foregoing papers with the Clerk of the Court using the CM/ECF system:

EX-PARTE MOTION FOR ENLARGEMENT OF PAGE LIMIT PURSUANT TO LR 7.1(c)(3)(A)

On the following:

**Morganroth & Morganroth, PLLC**
By: Mayer Morganroth (P17966)
By: Jeffrey B. Morganroth (P41670)
Attorneys for Defendants City of Detroit, Mayor Kwame M. Kilpatrick, Detroit Police Chief Ella Bully-Cummings, Commander

**City of Detroit Law Department**
By: John A. Schapka (P36731)
Co-Counsel for Defendants City of Detroit, Mayor Kwame M. Kilpatrick, Detroit Police Chief Ella Bully-Cummings, Commander Craig Schwartz and Christine Beatty.

Craig Schwartz and Christine Beatty.
3000 Town Center, Ste. 1500
Southfield, Michigan 48075
(248) 355-3084

1650 First National Building
Detroit, Michigan 48226
(313) 224-4550

**City of Detroit Law Department**
By: Krystal A. Crittendon (P49981)
Attorney for Defendant Harold Cureton
660 Woodward, Suite 1650
Detroit, Michigan 48226
(313) 237-3018

February 29, 2008

/s/ Robert S. Zawideh
**Norman Yatooma & Associates, P.C.**
Attorneys for Plaintiff
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600
bobel@normanyatooma.com