**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Ernest Flagg,** as Next Frie72 7 î³• •ù%7042 ³!2 î0 ñ²ò´µ• 7Ú¶• BT 0-0 0åæç±%7¢ .9–Ĝ4-0:4BT3îF0 Èñ.9ü

**NOW COMES** Defendant, **HAROLD CURETON,** by and through his attorney, KRYSTAL A. CRITTENDON, and hereby gives notice of his Joinder and Concurrence in *Defendants City of Detroit, Ella Bully-Cummings, Craig Schwartz, Mayor Kwame M. Kilpatrick and Christine Beatty's Motion to Dismiss Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)*, for the reasons stated by Defendants in their *Motion* and *Accompanying Brief*.

Respectfully submitted,

s/ Krystal A. Crittendon
Assistant Corporation Counsel
CITY OF DETROIT LAW DEPARTMENT
1650 First National Building
Detroit, Michigan 48226
(313) 237-3018
critk@law.ci.detroit.mi.us.
(P49981)

DATED: March 3, 2008