# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG,

        Plaintiffs,

CASE NUMBER: 05-74253

HONORABLE GERALD E. ROSEN

v.

CITY OF DETROIT, et al.,

        Defendants.
_____/

## NOTICE OF:
## STATUS CONFERENCE

You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 730 |
|---|---|---|
| **FRIDAY, MARCH 14, 2008** | 2:00 P.M. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 6, 2008, by electronic and/or ordinary mail.

                        s/LaShawn R. Saulsberry
                        Case Manager
                        313-234-5137