# UNITED STATES OF AMERICA
# IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

      Plaintiff,

Case No.: 05-CV-74253
Hon. Gerald Rosen

-vs-

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1 - 20;
ASST. DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ;
POLICE LT. BILLY JACKSON;
MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally

      Defendants.

_____/

| **Norman Yatooma & Associates, P.C.** | **Morganroth & Morganroth, PLLC** |
|---|---|
| By: Norman A. Yatooma (P54746) | By: Mayer Morganroth (P17966) |
| By: Robert S. Zawideh (P43787) | By: Jeffrey B. Morganroth (P41670) |
| Attorneys for Plaintiffs | Attorneys for Defendants City of Detroit, |
| 219 Elm Street | Mayor Kwame M. Kilpatrick, Detroit |
| Birmingham, Michigan 48009 | Police Chief Ella Bully-Cummings, Comm. |
| (248) 642-3600 | Craig Schwartz and Christine Beatty. |
|  | 3000 Town Center, Ste. 1500 |
|  | Southfield, Michigan 48075 |
|  | (248) 355-3084 |
| **City of Detroit Law Department** | **City of Detroit Law Department** |
| By: John A. Schapka (P36731) | By: Krystal A. Crittendon (P49981) |
| Attorneys for Defendants | Attorney for Defendant Harold Cureton |
| 1650 First National Building | 1650 First National Building |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 224-4550 | (313) 237-3018 |

_____/

**ORDER**

1

At a hearing held in the District Court for the Eastern District of Michigan, Southern Division, on the 10th day of March, 2008.

PRESENT: <u>Gerald E. Rosen</u>
DISTRICT COURT JUDGE

This matter having come before the Court upon Plaintiff's *Ex Parte* Motion for Leave to File a Brief in Excess of Twenty-Five Pages in Response to Defendants' Motion to Dismiss, and the Court being otherwise fully informed in the premises therein,

IT IS HEREBY ORDERED Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.


Dated: March 10, 2008                    s/Gerald E. Rosen
                                         DISTRICT COURT JUDGE