MIE 310 Order of Reference to a Magistrate Judge (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG,

                     Plaintiff,               Case Number: 05-74253

v.                                    Honorable Gerald E. Rosen

CITY OF DETROIT, et al.,          Magistrate Judge R. Steven Whalen

                     Defendants,

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

      **IT IS ORDERED** that this matter is referred to United States Magistrate Judge R.

Steven Whalen for the following purpose(s):

      ■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**

      Matters referenced in Court's 3/20/08 Order Establishing Protocol for Review &
      Production of Text Messages.

                     s/Gerald E. Rosen_____
                     Gerald E. Rosen
                     United States District Judge

Dated: March 21, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record
on March 21, 2008, by electronic and/or ordinary mail.

                     s/LaShawn R. Saulsberry_____
                     Case Manager