MIE 310 Order of Reference to a Magistrate Judge (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG,

                Plaintiff,        Case Number: 05-74253

v.                                          Honorable Gerald E. Rosen

CITY OF DETROIT, et al.,       Mag. Judge Michael J. Hluchaniuk

                Defendants,
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michael J. Hluchaniuk for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**

Matters referenced in Court's 3/20/08 Order Establishing Protocol for Review & Production of Text Messages.

                                s/Gerald E. Rosen
                                Gerald E. Rosen
                                United States District Judge

Dated: March 21, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 21, 2008, by electronic and/or ordinary mail.

                                s/LaShawn R. Saulsberry
                                Case Manager