**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**Ernest Flagg,**

Attorneys MAYER MORGANROTH and JEFFREY MORGANROTH, Attorneys for Defendants City of Detroit and Craig Schwartz, hereby consent with approval of their clients, to the substitution in their stead on behalf of Defendants City of Detroit and Craig Schwartz, the following Attorney: KRYSTAL A. CRITTENDON.

Approved:                                             Approved:


  s/Mayer Morganroth                                   s/Krystal A. Crittendon
Attorney for Plaintiff                                Supervising Assistant Corporation Counsel
3000 Town Center                                      City of Detroit Law Department
Suite 1500                                            660 Woodward, Suite 1650
Southfield, MI  48075                                 Detroit, Michigan 48226
(248) 355-3084                                        (313) 237-3018
jmorganroth@morganrothlaw.com                         critk@law.ci.detroit.mi.us
                                                      (P49981)

Dated: March 26, 2008