# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Ernest Flagg,**

NOW COME Defendants **CITY OF DETROIT and CRAIG SCHWARTZ**, by and through their attorney, KRYSTAL A. CRITTENDON, who hereby files this Notice of Appearance on behalf of Defendants City of Detroit and Craig Schwartz.

Respectfully submitted,

 s/ Krystal A. Crittendon
Assistant Corporation Counsel
CITY OF DETROIT LAW DEPARTMENT
1650 First National Building
Detroit, Michigan 48226
(313) 237-3018
critk@law.ci.detroit.mi.us.
(P49981)

DATED:        March 31, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECT system, which will send notification of such filing to the following:

**NORMAN A. YATOOMA (P54746)**          **MAYER MORGANROTH (P17966)**
**ROBERT S. ZAWIDEH (P43787)**           **JEFFREY B. MORGANROTH (P41670)**
219 Elm Street                           3000 Town Center, Suite 1500
Birmingham, MI  48009                    Southfield, MI  48075
(248) 642-3600                           (2480 355-3084
nya@normanyatooma.com                    jmorganroth@morganrothlaw.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A.

Respectfully submitted,

 s/ Krystal A. Crittendon
Assistant Corporation Counsel

CITY OF DETROIT LAW DEPARTMENT
1650 First National Building
Detroit, Michigan 48226
(313) 237-3018
critk@law.ci.detroit.mi.us.
(P49981)

DATED:     March 31, 2008