

NORMAN YATOOMA & ASSOCIATES

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

March 31, 2008

Ms. Krystal A. Crittendon                                    **VIA EMAIL**
City of Detroit Law Department
660 Woodward, Suite 1650
Detroit, Michigan 48226
critk@law.ci.detroit.mi.us

RE:    ***Ernest Flagg, et al. v. The City of Detroit, et al.***
       ***USDC Case No.: 05-CV-74253***

Dear Ms. Crittendon,

       This will confirm that you and I spoke in connection with Defendants' violation
of the Court's OPINION AND ORDER REGARDING DEFENDANTS' MOTIONS TO
QUASH SUBPOENAS AND OTHER DISCOVERY-RELATED MATTERS, and my
intention to file a motion to seek sanctions or an order to show cause regarding same.
Pursuant to that Order, Defendants were required, no later than by Friday March 28,
2008, to provide Plaintiff with the following: (1) the "identification ("PIN") numbers and
corresponding names necessary to commence the process of obtaining text messages
from SkyTel in accordance with the protocol to be established by the Court;" and (2) "a
copy of the Detroit Police Department's homicide file for the murder of Tamara Greene,
subject to a protective order being negotiated by the parties . . ." Not only have
Defendants not complied with the Order, but Defendants never even sought to negotiate
any terms for any protective order relative to the homicide file.

       Now I understand from you that you and the Morganroth firm have been in
contact both with each other and with Judge Rosen's clerk today in an effort to arrange
another status conference to address your clients' noncompliance with this Order. In light
of your efforts to secure a status conference, we will refrain from filing a motion at this
time pending direction from Judge Rosen, but reserve all right to do so, and to seek all
remedies allowed under the Federal Rules of Civil Procedure. Our deferring of filing a
motion today shall in no way be construed as a waiver of our right to do so in the future.

219 ELM STREET • BIRMINGHAM, MI 48009-6306 • TEL: (248) 642-3600 • FAX: (248) 642-3601
WWW.NORMANYATOOMA.COM • EMAIL: NYA@NORMANYATOOMA.COM

Dockets.Justia.com

Please keep me apprised of your efforts in arranging a status conference with Judge Rosen.

Very truly yours,

Robert S. Zawideh

RSZ/

cc:    Norman A. Yatooma, Esq. (via email)
       Mr. Mayer Morganroth, Esq. (via email)
       Mr. Jeffrey Morganroth, Esq. (via email)
       Mr. John Schapka, Esq. (via email)
       Mr. James Myers, Law Clerk to the Hon. Gerald Rosen (via first class mail)