UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

      Plaintiff,

v.

Case No.: 05-CV-74253
Hon. Gerald E. Rosen
Magistrate Judge R. Steven Whalen

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1-20; ASST.
DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ; POLICE LT.
BILLY JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally,

      Defendants.

_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746)<br>ROBERT S. ZAWIDEH (P43787)<br>NORMAN YATOOMA & ASSOCIATES, P.C.<br>Attorneys for Plaintiff<br>219 Elm Street<br>Birmingham, MI 48009<br>(248) 642-3600 | MAYER MORGANROTH (P17966)<br>JEFFREY B. MORGANROTH (P41670)<br>MORGANROTH & MORGANROTH, PLLC<br>Attorneys for City of Detroit, Ella Bully-<br>Cummings, Craig Schwartz, Mayor Kwame M.<br>Kilpatrick and Christine Beatty<br>3000 Town Center, Suite 1500<br>Southfield, MI 48075<br>(248) 355-3084 |
| JOHN A. SCHAPKA (P36731)<br>CITY OF DETROIT LAW DEPARTMENT<br>Co-Counsel for Defendants<br>660 Woodward Avenue, Suite 1650<br>Detroit, MI 48226<br>(313) 224-4550 | KRYSTAL A. CRITTENDON (P49981)<br>CITY OF DETROIT LAW DEPARTMENT<br>Attorney for Cureton<br>660 Woodward Avenue, Suite 1650<br>Detroit, MI 48226<br>(313) 237-3018 |

_____/

**MORGANROTH & MORGANROTH, PLLC'S MOTION FOR LEAVE TO WITHDRAW PURSUANT TO L.R. 83.30(a) AS COUNSEL FOR DEFENDANTS, CITY OF DETROIT, MAYOR KWAME M, KILPATRICK, DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS AND COMMANDER CRAIG SCHWARTZ ONLY, BUT NOT <u>FOR CHRISTINE BEATTY</u>**

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

Flagg v. Detroit, City of et al     Doc. 77

Dockets.Justia.com

Morganroth & Morganroth, PLLC (the "Morganroth Firm") hereby requests that this Honorable Court enter an Order, pursuant to L.R. 83.30(a), granting the Morganroth Firm leave to withdraw its appearance as counsel for Defendants, City of Detroit, Mayor Kwame M, Kilpatrick, Detroit Police Chief Ella Bully-Cummings and Commander Craig Schwartz only, but not for Christine Beatty, in the above action, based upon the following:

1. The Morganroth Firm appeared in this matter on behalf of Defendants, City of Detroit, Mayor Kwame M, Kilpatrick, Detroit Police Chief Ella Bully-Cummings, Commander Craig Schwartz and Christine Beatty, on January 11, 2008.

2. The City of Detroit's Law Department, through attorney John A. Schapka, has continued to serve as co-counsel for Defendants, City of Detroit, Mayor Kwame M, Kilpatrick, Detroit Police Chief Ella Bully-Cummings, Commander Craig Schwartz and Christine Beatty. In addition, Krystal Crittendon of the City of Detroit's Law Department also has filed an appearance on behalf of the City of Detroit and Commander Craig Schwartz.

3. The Morganroth Firm and Defendants, City of Detroit, Mayor Kwame M, Kilpatrick, Detroit Police Chief Ella Bully-Cummings and Commander Craig Schwartz, have mutually agreed to the Morganroth Firm's withdrawal as co-counsel for Defendants, City of Detroit, Mayor Kwame M, Kilpatrick, Detroit Police Chief Ella Bully-Cummings and Commander Craig Schwartz, in order to avoid the continued distractions and sideshows unrelated to the merits of their case thereby leaving the continued representation of such parties to the City of Detroit's Law Department.

4. The Morganroth Firm is **not** withdrawing from its representation of Christine Beatty in this case.

WHEREFORE, the Morganroth Firm respectfully requests that this Honorable Court enter an Order providing that the Morganroth Firm may withdraw as counsel for Defendants, City of

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

Detroit, Mayor Kwame M, Kilpatrick, Detroit Police Chief Ella Bully-Cummings and Commander Craig Schwartz only, but not for Christine Beatty, and the City of Detroit's Law Department will continue to appear for such parties.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

By: /s/ Jeffrey B. Morganroth
MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH (P41670)
Petitioners
3000 Town Center, Suite 1500
Southfield, Michigan 48075

Dated: April 1, 2008
(248) 355-3084
E-mail: jmorganroth@morganrothlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Norman Yatooma, Esq.
Norman Yatooma & Associates, P.C.
219 Elm Street
Birmingham, Michigan 48009

MORGANROTH & MORGANROTH, PLLC

By: /s/ Jeffrey B. Morganroth
MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH (P41670)
Petitioners
3000 Town Center, Suite 1500
Southfield, Michigan 48075

Dated: April 1, 2008
(248) 355-3084
E-mail: jmorganroth@morganrothlaw.com