| STATE OF MICHIGAN<br>_____ JUDICIAL DISTRICT<br>_____ JUDICIAL CIRCUIT | MOTION AND VERIFICATION<br>FOR ALTERNATE SERVICE | CASE NUMBER<br>05-CV-74253 |
|---|---|---|

Court address _____    Court telephone no. _____

**Plaintiff Name, address, and telephone number**
Ernest Flagg, as Next of Friend of Jonathan Bond a minor

v

**Defendant Name(s), address(es), and telephone number(s)**
Cara Best
239 Windward Ct.
Detroit, MI 48207

1. Service of process upon _____ cannot reasonably be made as otherwise provided in MCR 2.105, as shown in the following verification of process server.

2. Defendant's last known home and business addresses are:

| Home address | City | State | Zip |
|---|---|---|---|
| Business address | City | State | Zip |

a. I believe the ☐ home ☐ business address shown above is current.

b. I do not know defendant's current ☐ home ☐ business address. I have made the following efforts to ascertain the current address: _____

3. I request the court order service by alternate means.

I declare that the statements above are true to the best of my information, knowledge and belief.

Date _____   Attorney Signature _____
Attorney address _____   Attorney name _____   Bar no. _____
Attorney city, state, zip _____   Telephone no. _____   Firm name _____

### VERIFICATION OF PROCESS SERVER

1. I have tried to serve process on this defendant as described:    State date, place, and what occurred on each occasion.

1-25-08 @ 2:30pm    same as above    no answer at door
1-26-08 @ 8:30pm                     no answer at door
1-27-08 @ 9:00 AM                    no answer at door
                                     security guard stated
                                     Mrs. Best still owns the house
                                     but has not been there for
                                     awhile.

I declare that the statements above are true to the best of my information, knowledge and belief.

1-27-08    Mitchell Salka / Mitchell Salka
Date

**MOTION AND VERIFICATION FOR ALTERNATE SERVICE**
COURT                                Invoice•Work Order # 0602637