UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, AS NEXT FRIEND
OF JONATHAN BOND,

    PLAINTIFF,

-VS-                                    CASE. NO.:   2:05CV74253
                                                HON.:  GERALD E. ROSEN

CITY OF DETROIT, A MUNICIPAL CORPORATION,
CITY OF DETROIT CHIEF OF POLICE, ELLA BULLY-
CUMMINGS, DEPUTY CHIEF OF POLICE, CARA BEST,
JOHN DOE OFFICERS 1-20, ASSISTANT DEPUTY
POLICE CHIEF HAROLD CURETON, COMMANDER
CRAIG SCHWARTZ, LIEUTENANT BILLY JACKSON,
MAYOR KWAME KILPATRICK, AND, CHRISTINE BEATTY,
JOINTLY AND SEVERALLY,

    DEFENDANTS.

| | |
|---|---|
| NORMAN A. YATOOMA (P54746)<br>ROBERT S. ZAWIDEH (P43787)<br>Attorneys for Plaintiff<br>219 Elm Street<br>Birmingham, MI 48009<br>(248) 642-3600<br>nya@normanyatooma.com | KRYSTAL A. CRITTENDON (P49981)<br>City of Detroit Law Dept.<br>Attorney for Defendants City of Detroit, Harold Cureton, Craig Schwartz & Cara Best<br>660 Woodward Ave., Suite 1650<br>Detroit, MI 48226-3491<br>(313) 237-3018<br>critk@law.ci.detroit.mi.us |
| MAYER MORGANROTH (P17966)<br>JEFFREY B. MORGANROTH  (P41670)<br>Attorneys for Defendants Mayor Kwame M. Kilpatrick, and Christine Beatty<br>3000 Town Center, Suite 1500<br>Southfield, MI 48075<br>(248) 355-3084<br>Fax (248) 355-3107<br>jmorganroth@morganrothlaw.com<br>mmorganroth@morganrothlaw.com | KENNETH L. LEWIS (P26071)<br>RANDAL M. BROWN (P70031)<br>PLUNKETT COONEY<br>Attorneys for Defendant Ella Bully-Cummings<br>535 Griswold, Suite 2400<br>Detroit, MI  48226<br>(313)  983-4790<br>Fax:  (313)  983-4350<br>E-mail:  klewis@plunkettcooney.com<br>E-mail:  rbrown@plunkettacooney.com |

## APPEARANCE AND NOTICE

TO:    CLERK OF THE COURT

        PLEASE ENTER THE APPEARANCE of Kenneth L. Lewis of the law firm of

Plunkett Cooney in the above-captioned matter on behalf of Defendant Ella Bully-Cummings.

NOTICE OF APPEARANCE

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that I have this day entered my Appearance in the above captioned matter on behalf of Defendant, Ella Bully-Cummings.

PLUNKETT COONEY

By: s/Kenneth L. Lewis
KENNETH L. LEWIS (P26071)
RANDAL BROWN (P70031)
Attorneys for Defendant Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790
(313) 983-4350 – FAX
E-mail: rbrown@plunkettcooney.com

Dated: April 7, 2008

CERTIFICATE OF SERVICE

Kenneth L. Lewis, attorney with the law firm of PLUNKETT COONEY, being first duly sworn, deposes and says that on the 7th day of April, 2008, he caused a copy of this document to be served upon all parties of record, and that such service was made electronically upon each counsel of record so registered with the United States District Court and via U.S. Mail to any counsel/parties in pro per not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

By: s/Kenneth L. Lewis
Kenneth L. Lewis
Plunkett Cooney
Attorney for Defendant Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790
E-mail: klewis@plunkettcooney.com
P26071

Detroit.00396.81396.1299466-1