UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

    Plaintiff,

v                                    Case No.: 05-CV-74253
                                    Hon. Gerald E. Rosen
                                    Magistrate Judge R. Steven Whalen

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1-20; ASST.
DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ; POLICE LT.
BILLY JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally,

    Defendants.
_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746) | MAYER MORGANROTH (P17966) |
| ROBERT S. ZAWIDEH (P43787) | JEFFREY B. MORGANROTH (P41670) |
| NORMAN YATOOMA & ASSOCIATES, P.C. | MORGANROTH & MORGANROTH, PLLC |
| **Attorneys for Plaintiff** | **Attorneys for Christine Beatty, Only** |
| 219 Elm Street | 3000 Town Center, Suite 1500 |
| Birmingham, MI 48009 | Southfield, MI 48075 |
| (248) 642-3600 | (248) 355-3084 |
| | |
| JOHN A. SCHAPKA (P36731) | KRYSTAL A. CRITTENDON (P49981) |
| CITY OF DETROIT LAW DEPARTMENT | CITY OF DETROIT LAW DEPARTMENT |
| **Co-Counsel for Defendants** | **Attorney for City of Detroit, Harold Cureton** |
| 660 Woodward Avenue, Suite 1650 | **and Craig Schwartz** |
| Detroit, MI 48226 | 660 Woodward Avenue, Suite 1650 |
| (313) 224-4550 | Detroit, MI 48226 |
| | (313) 237-3018 |

_____/

**NOTICE OF HEARING OF DEFENDANT, CHRISTINE BEATTY'S,
<u>MOTION FOR STAY OF PROCEEDINGS</u>**

TO:   Counsel of Record

PLEASE TAKE NOTICE that **Defendant, Christine Beatty's, Motion for Stay of Proceedings** will be brought on for hearing before the Gerald E. Rosen at a date and time to be set by the Court, inasmuch as concurrence to the instant Motion has been sought by Plaintiffs and denied.

    Respectfully submitted,

    MORGANROTH & MORGANROTH, PLLC

    By: /s/ Mayer Morganroth
    MAYER MORGANROTH  (P17966)
    JEFFREY B. MORGANROTH  (P41670)
    Attorneys for Plaintiff
    3000 Town Center, Suite 1500
    Southfield, MI  48075
    (248) 355-3084

April 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Norman Yatooma, Attorney. | John A. Schapka, Attorney |
| Kenneth L. Lewis, Attorney | Krystal A. Cittendon, Attorny |

    MORGANROTH & MORGANROTH, PLLC

    By: /s/ Mayer Morganroth
    MAYER MORGANROTH  (P17966)
    Morganroth & Morganroth, PLLC
    3000 Town Center, Suite 1500
    Southfield, MI  48075

Dated: April 7, 2008    (248) 355-3084
    E-mail: mmorganroth@morganrothlaw.com