UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,

      Plaintiff,

                                     Case No. 05-74253
v.                                      Hon. Gerald E. Rosen

CITY OF DETROIT, *et al.,*

      Defendants.
_____/

### ORDER DENYING PLAINTIFF'S
### MOTION FOR ALTERNATE SERVICE

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    April 11, 2008

PRESENT: Honorable Gerald E. Rosen
                     United States District Judge

By motion filed on March 31, 2008, Plaintiff seeks an order authorizing alternate means of service of the summons and complaint on Defendant Cara Best. Shortly after this motion was filed, however, Defendant Best filed an answer to Plaintiff's second amended complaint. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's March 31, 2008 motion for alternate service is DENIED AS MOOT.

s/Gerald E. Rosen
Gerald E. Rosen
United States District Judge

Dated: April 11, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 11, 2008, by electronic and/or ordinary mail.

s/V. Sims for LaShawn R. Saulsberry
Case Manager