UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

    Plaintiff,

v                                              Case No.: 05-CV-74253
                                              Hon. Gerald E. Rosen
                                              Magistrate Judge R. Steven Whalen

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1-20; ASST.
DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ; POLICE LT.
BILLY JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally,

    Defendants.
_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746) | MAYER MORGANROTH (P17966) |
| ROBERT S. ZAWIDEH (P43787) | JEFFREY B. MORGANROTH (P41670) |
| NORMAN YATOOMA & ASSOCIATES, P.C. | MORGANROTH & MORGANROTH, PLLC |
| **Attorneys for Plaintiff** | **Attorneys for Christine Beatty, Only** |
| 219 Elm Street | 3000 Town Center, Suite 1500 |
| Birmingham, MI 48009 | Southfield, MI 48075 |
| (248) 642-3600 | (248) 355-3084 |
| | |
| JOHN A. SCHAPKA (P36731) | KRYSTAL A. CRITTENDON (P49981) |
| CITY OF DETROIT LAW DEPARTMENT | CITY OF DETROIT LAW DEPARTMENT |
| **Co-Counsel for Defendants** | **Attorney for City of Detroit, Harold Cureton** |
| 660 Woodward Avenue, Suite 1650 | **and Craig Schwartz** |
| Detroit, MI 48226 | 660 Woodward Avenue, Suite 1650 |
| (313) 224-4550 | Detroit, MI 48226 |
| | (313) 237-3018 |

_____/

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017
_____

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

# DEFENDANT, CHRISTINE BEATTY'S, CONCURRENCE IN DEFENDANT CITY OF DETROIT'S *AMENDED EMERGENCY* MOTION TO STAY CIVIL PROCEEDINGS AND MOTION FOR ISSUANCE OF "GAG ORDER"

NOW COMES Defendant, Christine Beatty ("Beatty"), by and through her attorneys, Morganroth & Morganroth, PLLC, and hereby states her concurrence with Defendant City of Detroit's *Amended Emergency* Motion to Stay Civil Proceedings and Motion for Issuance of "Gag Order" as follows:

1. Beatty also filed her own Motion for Stay of Proceedings on April 7, 2008.

2. Beatty concurs and agrees that the instant civil proceedings should be stayed for the reasons set forth in the City of Detroit's instant Motion as well as for the reasons set forth in her own Motion for Stay of Proceedings

3. Beatty also concurs and agrees that it would be appropriate for this Court to enter a narrowly tailored "gag order" relating exclusively to comments directly about this case for the reason set forth in the City's Motion. Beatty further respectfully requests that any "gag order" should recognize and acknowledge that there are several other cases or matters, including, but not limited to, the Wayne County Criminal case, the Wayne County FOIA case, the Wayne County case filed by attorney O'Meara, and the Detroit City Council investigation, which deal with or involve overlapping issues that Plaintiff has made clear he intends to inject into this case and therefore any "gag order" should only restrict and limit comments made directly about this case.

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

WHEREFORE, Beatty respectfully requests that this Court grant the instant Motion as well as Beatty's Motion to Stay together with all other and further relief as is just and proper under the circumstances.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

By: /s/ Mayer Morganroth
MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH (P41670)
JASON R. HIRSCH (P58034)
Attorneys for Defendant Beatty
3000 Town Center, Suite 1500
Southfield, MI 48075
Dated: April 11, 2008    (248) 355-3084

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Norman Yatooma, Attorney. | John A. Schapka, Attorney |
| Kenneth L. Lewis, Attorney | Krystal A. Cittendon, Attorney |

MORGANROTH & MORGANROTH, PLLC

By: /s/ Mayer Morganroth
MAYER MORGANROTH (P17966)
Morganroth & Morganroth, PLLC
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084
Dated: April 11, 2008    E-mail: mmorganroth@morganrothlaw.com

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302