UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ernest Flagg

          Plaintiff(s),          Case No. 05-cv-74253

v.          Judge Gerald E. Rosen

Detroit, City of

          Defendant(s).
_____/

**NOTICE OF ERROR DIRECTED TO**
**Ryan D. Bobel**

Document number __100__, filed on __04/21/2008__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. Document must be refiled.

☐ Title of the document and the document content do not match. Document must be refiled.

☐ Docket text does not match document filed. Document must be refiled.

☐ PDF image was not uploaded. Document must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. Document was stricken.

☐ Document is a response or objection to a presentence report or a criminal witness list. Document was stricken.

☑ Document is discovery or a disclosure under 26(a) (1),(2). Document was stricken.

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

Certificate of Service
I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

By: s/Denise A Hamel
Deputy Clerk

Date: April 22, 2008