UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,                                   No. 05-74253

       Plaintiff,                                District Judge Gerald E. Rosen

v.                                                 Magistrate Judge R. Steven Whalen

CITY OF DETROIT, et.al.,

       Defendants.
_____/

## NOTICE OF STATUS CONFERENCE

Counsel for the parties in this action are ordered to appear at the below time and place for a Status Conference regarding the production and review of text messages as described in the Order Establishing Protocol [Docket #69].

**May 14, 2008, at 10:00 a.m.**
Chambers of Magistrate Judge R. Steven Whalen
673 Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

SO ORDERED.

          s/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated: April 30, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on April 30, 2008.

                                          s/Susan Jefferson
                                          Case Manager