UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,

    Plaintiff,  Case No. 05-74253

  vs.  HON. GERALD E. ROSEN

CITY OF DETROIT, et al,

    Defendants.
_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746)<br>ROBERT S. ZAWIDEH (P43787)<br>NORMAN YATOOMA & ASSOC. P.C.<br>Attorneys for Plaintiff<br>219 Elm Street<br>Birmingham, MI 48009<br>248-642-3600 | MAYER MORGANROTH (P17966)<br>JEFFREY B. MORGANROTH (P41670)<br>MORGANROTH & MORGANROTH, PLLC<br>Attorneys for Christine Beatty, Only<br>3000 Town Center, Suite 1500<br>Southfield, MI 48075<br>248-355-3084 |
| JOHN A. SCHAPKA (P36731<br>CITY OF DETROIT LAW DEPARTMENT<br>Co-Counsel for City of Detroit, Harold<br>Cureton, Craig Schwartz & Cara Best<br>660 Woodward Avenue, Suite 1650<br>Detroit, MI 48226<br>313-224-4550 | KRYSTAL A. CRITTENDON (P49981)<br>CITY OF DETROIT LAW DEPARTMENT<br>Co-Counsel for City of Detroit, Harold<br>Cureton, Craig Schwartz & Cara Best<br>660 Woodward Aven8e, Suite 1650<br>Detroit, MI 48226<br>313-237-3018 |
| KENNETH L. LEWIS (p26071)<br>SAID A. TALEB (P66030)<br>RANDAL M. BROWN (P70031)<br>PLUNKETT COONEY<br>535 Griswold Street, Suite 2400<br>Detroit, MI 48226<br>313-983-4790 | JAMES C. THOMAS (P23801)<br>JAMES C. THOMAS, P.C.<br>Attorney for Defendant, Kwame Kilpatrick<br>2632 Buhl Building<br>535 Griswold Street<br>Detroit, MI 48226<br>313-963-2420 |

_____

## JOINDER IN MOTION OF DEFENDANT, CHRISTINE BEATTY TO PRECLUDE DISCOVERY OF ELECTRONIC COMMUNICATIONS BASED UPON THE FEDERAL STORED COMMUNICATIONS ACT

NOW COMES the defendant, Kwame M. Kilpatrick, by and through his counsel of record, and to the extent that the issue applies to him, hereby joins in the Motion of Co- Defendant, Christine Beatty, to Preclude Discovery of Electronic Communications from Skytel Based Upon the Federal Stored Communications Act. Said motion was filed in the within matter on April 25, 2008.

Respectfully submitted,

PLUNKETT COONEY

By: /s/ James C. Thomas
James C. Thomas, Of Counsel P23801
Attorney for Defendant, Kilpatrick
2632 Buhl Building
535 Griswold Street
Detroit, MI 48226
313-963-2420
jthomas@plunkettcooney.com

DATED: April 30, 2008

CERTIFICATE OF SERVICE

       I hereby certify that on April 30, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

       /s/ James C. Thomas
       James C. Thomas