UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, AS NEXT FRIEND
OF JONATHAN BOND,

PLAINTIFF,

-VS-

CITY OF DETROIT, A MUNICIPAL CORPORATION,
CITY OF DETROIT CHIEF OF POLICE, ELLA BULLY-
CUMMINGS, DEPUTY CHIEF OF POLICE, CARA BEST,
JOHN DOE OFFICERS 1-20, ASSISTANT DEPUTY
POLICE CHIEF HAROLD CURETON, COMMANDER
CRAIG SCHWARTZ, LIEUTENANT BILLY JACKSON,
MAYOR KWAME KILPATRICK, AND, CHRISTINE BEATTY,
JOINTLY AND SEVERALLY,

DEFENDANTS.

CASE. NO.:   2:05CV74253
HON.:  GERALD E. ROSEN

**NOTICE OF
COMPLIANCE WITH
COURT OPINION AND
ORDER DATED
APRIL 15, 2008**

---

NORMAN A. YATOOMA (P54746)
ROBERT S. ZAWIDEH (P43787)
Attorneys for Plaintiff
219 Elm Street
Birmingham, MI 48009
(248) 642-3600
nya@normanyatooma.com

JAMES C. THOMAS (P23801)
Attorney for Defendant Mayor Kwame
Kilpatrick
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 963-2420
jthomas@plunkettcooney.com

---

MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH  (P41670)
Attorneys for Defendants Mayor Kwame M.
Kilpatrick, and Christine Beatty
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084
Fax (248) 355-3107
jmorganroth@morganrothlaw.com
mmorganroth@morganrothlaw.com

KRYSTAL A. CRITTENDON (P49981)
City of Detroit Law Dept.
Attorney for Defendants City of Detroit,
Harold Cureton, Craig Schwartz & Cara Best
660 Woodward Ave., Suite 1650
Detroit, MI 48226-3491
(313) 237-3018
critk@law.ci.detroit.mi.us

---

JOHN A. SCHAPKA (P36731)
CITY OF DETROIT LAW DEPARTMENT
Co-Counsel for Defendants City of Detroit and
Commander Craig Schwartz
1650 First National Bldg.
Detroit, Michigan 48226
(313) 224-4550
E-mail: schaj@law.ci.detroit.mi.us

KENNETH L. LEWIS (P26071)
SAID A. TALEB (P66030)
RANDAL M. BROWN (P70031)
PLUNKETT COONEY
Attorneys for Defendant Ella Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790
Fax: (313) 983-4350
E-mail: klewis@plunkettcooney.com
E-mail: staleb@plunkettcooney.com
E-mail: rbrown@plunkettcooney.com

## NOTICE OF COMPLIANCE WITH COURT OPINION AND ORDER DATED APRIL 15, 2008 REGARDING PRODUCTION OF DETROIT POLICE DEPARTMENT HOMICIDE FILE 03-113 REGARDING TAMARA GREENE FOR AN IN-CAMERA REVIEW

NOW COMES Defendant, Ella Bully-Cummings, by and through her attorneys, Plunkett Cooney, and hereby states onto this Honorable Court that Defendant, Ella Bully-Cummings, on behalf of Defendant, City of Detroit, has delivered to Judge Rosen the Detroit Police Department Homicide File 03-113 regarding Tamara Green for an in-camera review in compliance with this Court's April 15, 2008 Order.

PLUNKETT COONEY

By:     s/Said A. Taleb
KENNETH L. LEWIS (P26071)
SAID A. TALEB (P66030)
RANDAL BROWN (P70031)
Attorneys for Defendant Ella Bully-
Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790
(313) 983-4350 – FAX
E-mail: klewis@plunkettcooney.com
E-mail: staleb@plunkettcooney.com
E-mail: rbrown@plunkettcooney.com

Dated: May 8, 2008

## CERTIFICATE OF SERVICE

Said A. Taleb, attorney with the law firm of PLUNKETT COONEY, being first duly sworn, deposes and says that on May 8, 2008, he caused a copy of this document to be served upon all parties of record, and that such service was made electronically upon each counsel of record so registered with the United States District Court and via U.S. Mail to any counsel/parties in pro per not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

By:      s/Said A. Taleb
KENNETH L. LEWIS (P26071)
SAID A. TALEB (P66030)
RANDAL BROWN (P70031)
Plunkett Cooney
Attorney for Defendant Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790
E-mail: klewis@plunkettcooney.com
P26071

Detroit.00396.81396.1305160-1