UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

            Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

            Defendants.

Case No. 05-CV-74253
Hon. Gerald Rosen
Magistrate Judge R. Steven Whalen

---

| | |
|---|---|
| Norman A. Yatooma (P54746)<br>Robert S. Zawideh (P43787)<br>Norman Yatooma & Associates, P.C.<br>Attorneys for Plaintiffs<br>219 Elm Street<br>Birmingham, Michigan 48009<br>(248) 642-3600<br>nya@normanyatooma.com | Mayer Morganroth (P17966)<br>Jeffrey B. Morganroth (P41670)<br>Morganroth & Morganroth, PLLC<br>Attorneys for Defendant Christine Beatty<br>3000 Town Center, Suite 1500<br>Southfield, Michigan 48075<br>(248) 355-3084<br>jmorganroth@morganrothlaw.com |
| Krystal A. Crittendon (P49981)<br>John A. Schapka (P36731)<br>City of Detroit Law Department<br>Attorneys for Defendants City of Detroit,<br> Hariold Cureton and Craig Schwartz<br>1650 First National Building<br>Detroit, Michigan 48226<br>(313) 224-4550<br>critk@law.ci.detroit.mi.us | James C. Thomas (P23801)<br>James C. Thomas, P.C.<br>Plunkett & Cooney, P.C.<br>Attorneys for Defendant Mayor<br> Kwame M. Kilpatrick<br>535 Griswold, Suite 2632<br>Detroit, Michigan 48226<br>(313) 963-2420<br>jthomas@plunkettcooney.com |

| | |
|---|---|
| Kenneth L. Lewis (P24071) | Herschel P. Fink (P13427) |
| Said A. Taleb (P66030) | Honigman Miller Schwartz and Cohn |
| Randal M. Brown (P70031) | Attorneys for Intervenor Detroit Free Press |
| Plunkett & Cooney, P.C. | 660 Woodward Avenue, Suite 2290 |
| Attorneys for Defendant Ella Bully-Cummings | Detroit, Michigan 48226-3583 |
| 535 Griswold, Suite 2400 | (313) 465-7000 |
| Detroit, Michigan 48226 | hpf@honigman.com |
| (313) 983-4790 | |
| klewis@plunkettcooney.com | Thomas G. Plunkett (P18957) |
| | David E. Plunkett (P66696) |
| | Williams, Williams, Rattner & Plunkett, P.C. |
| | Attorneys for Non-Party Bell Industries, Inc. |
| | d/b/a SkyTel Corp. |
| | 380 N. Old Woodward Avenue, Suite 300 |
| | Birmingham, Michigan 48009 |
| | (248) 642-0333 |
| | dep@wwrplaw.com |

## **APPEARANCE**

TO:   CLERK OF THE COURT

PLEASE ENTER the Appearance of Thomas G. Plunkett and David E. Plunkett of the Law Firm of Williams, Williams, Rattner & Plunkett, P.C., as Attorneys for Non-Party Bell Industries, Inc. d/b/a SkyTel, in the above-captioned matter.

        Respectfully submitted,

        WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

        By:   /s/ Thomas G. Plunkett
            Thomas G. Plunkett (P18957)
            David E. Plunkett (P66696)
            Attorneys for Non-Party Bell Industries, Inc.
             d/b/a SkyTel
            380 N. Old Woodward Avenue, Suite 300
            Birmingham, Michigan 48009

Dated: May 13, 2008        (248) 642-0333

# NOTICE OF APPEARANCE

TO: nya@normanyatooma.com
critk@law.ci.detroit.mi.us
jmorganroth@morganrothlaw.com
jthomas@plunkettcooney.com
klewis@plunkettcooney.com
hpf@honigman.com

PLEASE TAKE NOTICE that Thomas G. Plunkett and David E. Plunkett of the Law Firm of Williams, Williams, Rattner & Plunkett, P.C. have entered their Appearance on behalf of Non-Party Bell Industries, Inc. d/b/a Skytel in the above-entitled matter.

Respectfully submitted,

WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

By: /s/ Thomas G. Plunkett
Thomas G. Plunkett (P18957)
David E. Plunkett (P66696)
Attorneys for Non-Party Bell Industries, Inc.
 d/b/a SkyTel
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Dated: May 13, 2008                (248) 642-0333

(00384249)

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing Appearance and Notice of Appearance on behalf of Bell Industries, Inc. d/b/a Skytel and this Certificate of Service with the Clerk of the Court using the ECF, which will send notification to the following:

nya@normanyatooma.com
critk@law.ci.detroit.mi.us
jmorganroth@morganrothlaw.com
jthomas@plunkettcooney.com
klewis@plunkettcooney.com
hpf@honigman.com

      /s/ David E. Plunkett
Williams, Williams, Rattner & Plunkett, P.C.
Attorneys for Non-Party Bell Industries, Inc.
  d/b/a SkyTel
380 N. Old Woodward, Suite 300
Birmingham, Michigan 48009
(248) 642-0333
dep@wwrplaw.com

4

(00384249)