Williams Williams Rattner & Plunkett, P.C.   380 North Old Woodward Avenue   Suite 300   Birmingham, Michigan 48009   Tel: (248) 642-0333   Fax: (248) 642-0856   www.wwrplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

          Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

          Defendants.

Case No. 05-CV-74253
Hon. Gerald Rosen
Magistrate Judge R. Steven Whalen

## APPEARANCE

TO:    CLERK OF THE COURT

PLEASE ENTER the Appearance of Thomas G. Plunkett of the Law Firm of Williams, Williams, Rattner & Plunkett, P.C., as Attorney for Non-Party Bell Industries, Inc. d/b/a SkyTel, in the above-captioned matter.

          Respectfully submitted,
          WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

          By:   /s/ Thomas G. Plunkett
               Thomas G. Plunkett (P18957)
               Attorneys for Non-Party Bell Industries, Inc.
                d/b/a SkyTel
               380 N. Old Woodward Avenue, Suite 300
               Birmingham, Michigan 48009
Dated: May 15, 2008      (248) 642-0333

# NOTICE OF APPEARANCE

TO:    nya@normanyatooma.com
critk@law.ci.detroit.mi.us
jmorganroth@morganrothlaw.com
jthomas@plunkettcooney.com
klewis@plunkettcooney.com
hpf@honigman.com

PLEASE TAKE NOTICE that Thomas G. Plunkett of the Law Firm of Williams, Williams, Rattner & Plunkett, P.C. has entered their Appearance on behalf of Non-Party Bell Industries, Inc. d/b/a Skytel in the above-entitled matter.

    Respectfully submitted,
WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

By: /s/ Thomas G. Plunkett
    Thomas G. Plunkett (P18957)
David E. Plunkett (P66696)
Attorneys for Non-Party Bell Industries, Inc.
 d/b/a SkyTel
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009

Dated: May 15, 2008    (248) 642-0333

(00384249)

W|W|R|P ‖ Williams Williams Rattner & Plunkett, P.C. ‖ 380 North Old Woodward Avenue ‖ Suite 300 ‖ Birmingham, Michigan 48009 ‖ Tel: (248) 642-0333 ‖ Fax: (248) 642-0856 ‖ www.wwrplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, I electronically filed the foregoing Appearance and Notice of Appearance on behalf of Bell Industries, Inc. d/b/a Skytel and this Certificate of Service with the Clerk of the Court using the ECF, which will send notification to the following:

nya@normanyatooma.com
critk@law.ci.detroit.mi.us
jmorganroth@morganrothlaw.com
jthomas@plunkettcooney.com
klewis@plunkettcooney.com
hpf@honigman.com

                                                      /s/ Thomas G. Plunkett
                                      Williams, Williams, Rattner & Plunkett, P.C.
                                      Attorneys for Non-Party Bell Industries, Inc.
                                          d/b/a SkyTel
                                      380 N. Old Woodward, Suite 300
                                      Birmingham, Michigan 48009
                                      (248) 642-0333
                                      tgp@wwrplaw.com

W|W|R|P  Williams Williams Rattner & Plunkett, P.C.  380 North Old Woodward Avenue  Suite 300  Birmingham, Michigan 48009  Tel: (248) 642-0333  Fax: (248) 642-0856  www.wwrplaw.com

(00384249)