W|W|R|P Williams Williams Rattner & Plunkett, P.C. 380 North Old Woodward Avenue Suite 300 Birmingham, Michigan 48009 Tel: (248) 642-0333 Fax: (248) 642-0856 www.wwrplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

                Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

                Defendants.

Case No. 05-CV-74253
Hon. Gerald Rosen
Magistrate Judge R. Steven Whalen

---

## NOTICE OF DOCUMENTS FILED UNDER SEAL

Please take notice that the enclosed are **DOCUMENTS FILED UNDER SEAL** by Non-Party Bell Industries, Inc. d/b/a SkyTel ("SkyTel") in response to a May 13, 2008 subpoena. SkyTel is filing the enclosed documents under seal with the Court pursuant to a March 20, 2008 Order and instructions from Magistrate Judge Whalen at a May 14, 2008 Status Conference.

Respectfully submitted,

WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

By:   /s/ Thomas G. Plunkett
      Thomas G. Plunkett (P18957)
      David E. Plunkett (P66696)
      Attorneys for Non-Party Bell Industries, Inc.
       d/b/a SkyTel
      380 N. Old Woodward Avenue, Suite 300
      Birmingham, Michigan 48009
      (248) 642-0333

Dated: May 19, 2008                tgp@wwrplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

                Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

                Defendants.

Case No. 05-CV-74253
Hon. Gerald Rosen
Magistrate Judge R. Steven Whalen

**Certificate of Service**

---

      I hereby certify that on May 19, 2008, I electronically filed the foregoing Notice Motion to Quash by Non-Party Bell Industries, Inc. d/b/a Skytel and this Certificate of Service with the Clerk of the Court using the ECF, which will send notification to the following:

| | |
|---|---|
| Ryan D. Bobel | bobel@normanyatooma.com |
| Norman N. Yatooma | nya@normanyatooma.com |
| Robert S. Zawideh | zawideh@normanyatooma.com |
| Howard Y. Lederman | lederman@normanyatooma.com |
| Krystal A. Crittendon | critk@law.ci.detroit.mi.us |
| Jeffrey B. Morganroth | jmorganroth@morganrothlaw.com |
| Mayer Morganroth | mmorganorth@morganrothlaw.com |
| James C. Thomas | jthomas@plunkettcooney.com |
| Kenneth L. Lewis | klewis@plunkettcooney.com |
| Randal M. Brown | rbrown@plunkettcooney.com |
| Said A. Taleb | staleb@plunkettcooney.com |
| Herschel P. Fink | hpf@honigman.com |
| Mark E. Donnelly | Donnellym@michigan.gov |
| Thomas G. Plunkett | tgp@wwrplaw.com |
| David E. Plunkett | dep@wwrplaw.com |
| John A. Schapka | schaj@law.ci.detroit.mi.us |

w|W|R|P    Williams Williams Rattner & Plunkett, P.C.    380 North Old Woodward Avenue   Suite 300   Birmingham, Michigan 48009   Tel: (248) 642-0333   Fax: (248) 642-0856   www.wwrplaw.com

        /s/ David E. Plunkett
Williams, Williams, Rattner & Plunkett, P.C.
Attorneys for Intervenor Bell Industries, Inc.
  d/b/a SkyTel
380 N. Old Woodward, Suite 300
Birmingham, Michigan 48009
(248) 642-0333
dep@wwrplaw.com