UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,

        Plaintiff,

v                                       Case No.: 05-CV-74253
                                       Hon. Gerald E. Rosen
                                       Magistrate Judge R. Steven Whalen

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1-20; ASST.
DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ; POLICE LT.
BILLY JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally,

        Defendants.

_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746) | MAYER MORGANROTH (P17966) |
| ROBERT S. ZAWIDEH (P43787) | JEFFREY B. MORGANROTH (P41670) |
| NORMAN YATOOMA & ASSOCIATES, P.C. | MORGANROTH & MORGANROTH, PLLC |
| **Attorneys for Plaintiff** | **Attorneys for Christine Beatty, Only** |
| 219 Elm Street | 3000 Town Center, Suite 1500 |
| Birmingham, MI 48009 | Southfield, MI 48075 |
| (248) 642-3600 | (248) 355-3084 |
| | |
| JOHN A. SCHAPKA (P36731) | KRYSTAL A. CRITTENDON (P49981) |
| CITY OF DETROIT LAW DEPARTMENT | CITY OF DETROIT LAW DEPARTMENT |
| **Co-Counsel for City of Detroit, Harold** | **Attorney for City of Detroit, Harold Cureton,** |
| **Cureton, Craig Schwartz & Cara Best** | **Craig Schwartz & Cara Best** |
| 660 Woodward Avenue, Suite 1650 | 660 Woodward Avenue, Suite 1650 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 224-4550 | (313) 237-3018 |
| | |
| KENNETH L. LEWIS (P26071) | JAMES C. THOMAS (P23801) |
| SAID A. TALEB (P66030) | JAMES C. THOMAS, P.C. |
| RANDAL M. BROWN (P70031) | **Attorney for Defendant Kwame Kilpatrick** |
| PLUNKETT COONEY | 535 Griswold St., Suite 2632 |
| **Attorneys for Ella Bully-Cummings, Only** | Detroit, MI 48226 |
| 535 Griswold, Suite 2400 | (313) 963-2420 |
| Detroit, MI 48226 | |
| (313) 983-4790 | |

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE  1500
SOUTHFIELD, MI  48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY  10019
(212) 586-5905
FAX (212) 586-7302

THOMAS G. PLUNKETT (P18957)
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
**Attorneys for Non-Party Bell Industries, Inc.**
**d/b/a SkyTel**
380 N. Old Woodward Avenue, Suite 300
Birmingham, MI  48009
(248) 642-0333

_____ /

**DEFENDANT, CHRISTINE BEATTY'S, RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE THIRD AMENDED COMPLAINT**

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE  1500
SOUTHFIELD, MI  48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY  10019
(212) 586-5905
FAX (212) 586-7302

## TABLE OF CONTENTS

**Page**

INDEX OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

QUESTION PRESENTED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

STATEMENT OF MATERIAL FACTS AND PROCEEDINGS . . . . . . . . . . . . . . . . . . . . . . . . 1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

     I.     THERE IS NO BASIS TO PERMIT PLAINTIFF TO CONTINUE TO
          AMEND HIS COMPLAINT *AD INFINITUM* . . . . . . . . . . . . . . . . . . . . . . . . . . 1

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

CERTIFICATE OF SERVICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017
———
NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

# INDEX OF AUTHORITIES

**Cases:**                                                                                                    **Page(s)**

<u>Christopher</u> v. <u>Harbury</u>,
    536 U.S. 403; 122 S. Ct. 2179 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

<u>Swekel</u> v <u>City of River Rouge</u>,
    119 F.3d 1259 (6th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

<u>United States</u> *ex rel.* <u>Bernard</u> v. <u>Casino Magic Corp.</u>,
    293 F.3d 419 (8th Cir. 2002 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1


**Statutes and Court Rules:**

Fed. R. Civ. P. 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii, 1

MCL § 600.2922 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

## <u>QUESTION PRESENTED</u>

I.   WHETHER PLAINTIFF SHOULD BE PERMITTED, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a), TO FILE A THIRD AMENDED COMPLAINT WHERE:

    A.   THIS CASE WAS ORIGINALLY FILED 2½ YEARS AGO;

    B.   PLAINTIFF HAS ALREADY BEEN PERMITTED BY THIS COURT TO TWICE AMEND HIS COMPLAINT; AND

    C.   THE PROPOSED THIRD AMENDED COMPLAINT, IF PERMITTED, WILL STILL NOT BE BROUGHT BY A PROPER PLAINTIFF.

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE  1500
SOUTHFIELD, MI  48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY  10019
(212) 586-5905
FAX (212) 586-7302

## STATEMENT OF MATERIAL FACTS AND PROCEEDINGS

Plaintiff filed this case in November 2005. On August 31, 2006, this Court dismissed the original Complaint, but granted leave to Plaintiff to file an amended complaint.

Plaintiff filed his First Amended Complaint on September 21, 2006.

Subsequently, Plaintiff sought leave to file a Second Amended Complaint. This Court granted leave to Plaintiff to file a Second Amended Complaint, which Plaintiff did on January 14, 2008.

Now Plaintiff seeks leave to file a Third Amended Complaint. Inasmuch as this Court has already twice granted Plaintiff leave to amend his Complaint, and the proposed Third Amended Complaint still does not address the fatal flaws in Plaintiff's existing Complaint, this Court should either deny the instant Motion, or, in the alternative, declare that this is the final time it will grant leave to Plaintiff to amend his Complaint.

## ARGUMENT

### I.     THERE IS NO BASIS TO PERMIT PLAINTIFF TO CONTINUE TO AMEND HIS COMPLAINT *AD INFINITUM.*

First, it is undisputed that Plaintiff filed this case over 2½ years ago, and has already been permitted by this Court to twice amend his Complaint. Although relatively little discovery has yet taken place, this fact hardly amounts to a license for Plaintiff to continually amend his Complaint. Indeed, even though Federal Rule of Civil Procedure 15(a) provides that "[t]he court should freely give leave [to amend] when justice so requires," Rule 15 does <u>not</u> amount to a "free pass" to amend at will and/or as many times as desired. See, e.g., United States *ex rel.* Bernard v. Casino Magic Corp., 293 F.3d 419, 426 (8th Cir. 2002) (no abuse of discretion to deny leave to amend "two and a half years into the litigation" where amendment "would have extended the matter indefinitely.").

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

Second, Plaintiff's proposed Third Amended Complaint would still not be brought by a proper plaintiff[1]. Although Plaintiff's Third Amended Complaint will purportedly add two new plaintiffs, neither of the putative new plaintiffs seek to join this matter as representatives of the estate of Ms. Greene even though the estate of Ms. Greene is the only party that has standing to bring this matter at all.

Pursuant to Michigan law, any wrongful death action must be filed by the personal representative of the estate of the deceased, on behalf of the estate. See, MCL § 600.2922. Indeed, MCL § 600.2922 provides, in pertinent part:

(1) Whenever the death of a person, injuries resulting in death, or death as described in section 2922a shall be caused by wrongful act, neglect, or fault of another, and the act, neglect, or fault is such as would, if death had not ensued, have entitled the party injured to maintain an action and recover damages, the person who or the corporation that would have been liable, if death had not ensued, shall be liable to an action for damages, notwithstanding the death of the person injured or death as described in section 2922a , and although the death was caused under circumstances that constitute a felony.

(2) Every action under this section shall be brought by, and in the name of, the personal representative of the estate of the deceased. Within 30 days after the commencement of an action, the personal representative shall serve a copy of the complaint and notice as prescribed in subsection (4) upon the person or persons who may be entitled to damages under subsection (3) in the manner and method provided in the rules applicable to probate court proceedings. (emphasis added)

Here, neither Plaintiff, nor the putative new plaintiffs, even purport to bring this case on behalf of the estate of the deceased, Ms. Greene[2]. Thus, like Plaintiff, the putative new plaintiffs do not have standing to assert that their constitutional rights of access to the courts have been denied

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

---

1/ Defendants' motion to dismiss the Second Amended Complaint on this and other grounds is currently pending.

2/ Rather, Plaintiff and putative new plaintiffs each purport to bring this case in their respective capacities as guardian for each of Ms. Greene's children.

because they simply did not have a right to file a wrongful death action in state court to begin with. Id.

In Swekel v City of River Rouge, 119 F.3d 1259, 1264 (6th Cir. 1997), the Court held that a plaintiff in a denial-of-access case must show that "defendants' actions foreclosed [him/her] from filing suit in state court or rendered ineffective any state court remedy [s/he] previously may have had." Accordingly, even if Plaintiff were correct, which he is not, that Defendants' actions rendered a wrongful death action ineffective or meaningless, Plaintiff can not demonstrate that such conduct actually foreclosed him from filing suit in state court, because he was not allowed to file suit pursuant to MCL § 600.2922 in any event. As the United States Supreme Court has held, and this Court recognized in its August 31, 2006 Opinion, "[h]owever unsettled the basis of the constitutional right of access to courts, our cases rest on the recognition that the right is ancillary to the underlying claim, without which a plaintiff cannot have suffered injury by being shut out of court. Christopher v. Harbury, 536 U.S. 403, 415; 122 S. Ct. 2179 (2002) (emphasis supplied).

In sum, to the extent this Court permits Plaintiff to file a Third Amended Complaint, Plaintiffs should not be permitted to amend the Complaint further inasmuch as this case has already been pending for 2½ years and this Court has granted Plaintiff more than adequate opportunities to raise his claims.

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

## <u>CONCLUSION</u>

For all the foregoing reasons, this Court should deny the instant Motion.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

By: /s/ Mayer Morganroth
MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH (P41670)
JASON R. HIRSCH (P58034)
Attorneys for Defendant Beatty
3000 Town Center, Suite 1500
Southfield, MI 48075
Dated: May 23, 2008          (248) 355-3084

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

## CERTIFICATE OF SERVICE

_____I hereby certify that on May 23, 2008, I electronically filed the foregoing paper with the Clerk

of the Court using the ECF system which will send notification of such filing to the following:

Norman Yatooma, Attorney.          John A. Schapka, Attorney
Kenneth L. Lewis, Attorney         Krystal A. Cittendon, Attorney
James C. Thomas, Attorney          Thomas G. Plunkett, Attorney

                                   MORGANROTH & MORGANROTH, PLLC


                                   By: /s/ Mayer Morganroth_____
                                   MAYER MORGANROTH  (P17966)
                                   Morganroth & Morganroth, PLLC
                                   3000 Town Center, Suite 1500
                                   Southfield, MI  48075
Dated:  May 23, 2008               (248) 355-3084
                                   E-mail: mmorganroth@morganrothlaw.com

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE  1500
SOUTHFIELD, MI  48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY  10019
(212) 586-5905
FAX (212) 586-7302

5