UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,

      Plaintiff,                Case No. 05-74253

    vs.                         HON. GERALD E. ROSEN

CITY OF DETROIT, et al,

      Defendants.
_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746) | MAYER MORGANROTH (P17966) |
| ROBERT S. ZAWIDEH (P43787) | JEFFREY B. MORGANROTH (P41670) |
| NORMAN YATOOMA & ASSOC. P.C. | MORGANROTH & MORGANROTH, PLLC |
| Attorneys for Plaintiff | Attorneys for Christine Beatty, Only |
| 219 Elm Street | 3000 Town Center, Suite 1500 |
| Birmingham, MI 48009 | Southfield, MI 48075 |
| 248-642-3600 | 248-355-3084 |
| | |
| JOHN A. SCHAPKA (P36731 | KRYSTAL A. CRITTENDON (P49981) |
| CITY OF DETROIT LAW DEPARTMENT | CITY OF DETROIT LAW DEPARTMENT |
| Co-Counsel for City of Detroit, Harold | Co-Counsel for City of Detroit, Harold |
| Cureton, Craig Schwartz & Cara Best | Cureton, Craig Schwartz & Cara Best |
| 660 Woodward Avenue, Suite 1650 | 660 Woodward Aven8e, Suite 1650 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-224-4550 | 313-237-3018 |
| | |
| KENNETH L. LEWIS (p26071) | JAMES C. THOMAS (P23801) |
| SAID A. TALEB (P66030) | JAMES C. THOMAS, P.C. |
| RANDAL M. BROWN (P70031) | Attorney for Defendant, Kwame Kilpatrick |
| PLUNKETT COONEY | 2632 Buhl Building |
| 535 Griswold Street, Suite 2400 | 535 Griswold Street |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-983-4790 | 313-963-2420 |

Dockets.Justia.com

JOINDER IN MOTION OF DEFENDANT, CITY OF DETROIT'S
SUPPLEMENTAL BRIEF IN SUPPORT OF ITS
MOTION TO PRECLUDE DISCOVERY OF ELECTRONIC COMMUNICATIONS
FROM SKYTEL BASED UPON THE
FEDERAL STORES COMMUNICATIONS ACT

NOW COMES the defendant, Kwame M. Kilpatrick, by and through his counsel of record,

and to the extent that the issue applies to him as a user of Skytel device, hereby joins in Co-

Defendant, City of Detroit's Supplemental Brief in Support of its Motion to Preclude Discovery of

Electronic Communications from Skytel based upon his right to privacy as reflected in the Federal

Stored Communications Act; 18 USC §2701, et seq.  Said Supplemental Brief  was filed in the

within matter on May 16, 2008.

Respectfully submitted,

PLUNKETT COONEY

By:  /s/ James C. Thomas
James C. Thomas, Of Counsel P23801
Attorney for Defendant, Kilpatrick
2632 Buhl Building
535 Griswold Street
Detroit, MI 48226
313-963-2420
jthomas@plunkettcooney.com

DATED:  May 28, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.


<u>/s/ James C. Thomas</u>
James C. Thomas