UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,

      Plaintiff,                        Case No. 05-74253

  vs.                                HON. GERALD E. ROSEN

CITY OF DETROIT, et al,

      Defendants.
_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746) | MAYER MORGANROTH (P17966) |
| ROBERT S. ZAWIDEH (P43787) | JEFFREY B. MORGANROTH (P41670) |
| NORMAN YATOOMA & ASSOC. P.C. | MORGANROTH & MORGANROTH, PLLC |
| Attorneys for Plaintiff | Attorneys for Christine Beatty, Only |
| 219 Elm Street | 3000 Town Center, Suite 1500 |
| Birmingham, MI 48009 | Southfield, MI 48075 |
| 248-642-3600 | 248-355-3084 |
| | |
| JOHN A. SCHAPKA (P36731 | KRYSTAL A. CRITTENDON (P49981) |
| CITY OF DETROIT LAW DEPARTMENT | CITY OF DETROIT LAW DEPARTMENT |
| Co-Counsel for City of Detroit, Harold Cureton, Craig Schwartz & Cara Best | Co-Counsel for City of Detroit, Harold Cureton, Craig Schwartz & Cara Best |
| 660 Woodward Avenue, Suite 1650 | 660 Woodward Aven8e, Suite 1650 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-224-4550 | 313-237-3018 |
| | |
| KENNETH L. LEWIS (p26071) | JAMES C. THOMAS (P23801) |
| SAID A. TALEB (P66030) | JAMES C. THOMAS, P.C. |
| RANDAL M. BROWN (P70031) | Attorney for Defendant, Kwame Kilpatrick |
| PLUNKETT COONEY | 2632 Buhl Building |
| 535 Griswold Street, Suite 2400 | 535 Griswold Street |
| Detroit, MI 48226 | Detroit, MI 48226 |
| 313-983-4790 | 313-963-2420 |

_____

## JOINDER IN RESPONSE OF DEFENDANT, CHRISTINE BEATTY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

NOW COMES the defendant, Kwame M. Kilpatrick, by and through his counsel of record, and to the extent that the issues apply to him, hereby joins in the Response of Co- Defendant, Christine Beatty, to Plaintiff's Motion for Leave to File Third Amended Complaint.

Respectfully submitted,

PLUNKETT COONEY

By: /s/ James C. Thomas
James C. Thomas, Of Counsel P23801
Attorney for Defendant, Kilpatrick
2632 Buhl Building
535 Griswold Street
Detroit, MI 48226
313-963-2420
jthomas@plunkettcooney.com

DATED: June 19, 2008

CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.


      /s/ James C. Thomas
      James C. Thomas