**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

                Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

                Defendants.
_____/

Case No. 05-CV-74253
Hon. Gerald Rosen
Magistrate Judge R. Steven Whalen

**Notice of Name Change of**
**Bell Industries, Inc. d/b/a Skytel**

## NOTICE OF NAME CHANGE OF NON-PARTY
## BELL INDUSTRIES, INC.d/b/a SKYTEL

TO:    CLERK OF THE COURT
        AND ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the name of Non-Party Bell Industries, Inc. d/b/a Skytel has been changed to VELOCITA WIRELESS, LLC, a Delaware limited liability company f/k/a Bell Industries, Inc. d/b/a Skytel. All further communications or references to Bell Industries, Inc. d/b/a Skytel should be changed accordingly.

                Respectfully submitted,

                WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

                By:   */s/ David E. Plunkett*
                      Thomas G. Plunkett (P18957)
                      David E. Plunkett (P66696)
                      Attorneys for Non-Party Velocita Wireless, LLC
                      380 N. Old Woodward Avenue, Suite 300
                      Birmingham, Michigan 48009
Dated: July 1, 2008         (248) 642-0333

w|w|r|p  Williams Williams Rattner & Plunkett, P.C.  380 North Old Woodward Avenue  Suite 300  Birmingham, Michigan 48009  Tel: (248) 642-0333  Fax: (248) 642-0856  www.wwrplaw.com

# CERTIFICATE OF SERVICE

David E. Plunkett hereby certifies that on July 1, 2008 he served the Notice of Name Change of Non-Party Bell Industries, Inc. d/b/a Skytel and this Certificate of Service on behalf of Non-Party Velocita Wireless, LLC f/k/a Bell Industries, Inc. d/b/a Skytel using the ECF system which will send notification to counsel of record.

        Respectfully submitted,

        WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

        By: */s/ David E. Plunkett*
            Thomas G. Plunkett (P18957)
            David E. Plunkett (P66696)
            Attorneys for Non-Party Velocita Wireless, LLC
             f/k/a Bell Industries, Inc. d/b/a Skytel
            380 N. Old Woodward Avenue, Suite 300
            Birmingham, Michigan 48009
            (248) 642-0333
            tgp@wwrplaw.com
            dep@wwrplaw.com

Dated: July 1, 2008