UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,

     Plaintiff,                   Case No. 05-74253

  vs.                         HON. GERALD E. ROSEN

CITY OF DETROIT, et al,

     Defendants.
_____/


**NOTICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26(b)(5)**


     NOW COMES defendant, Kwame M. Kilpatrick, by and through his counsel, JAMES C.

THOMAS, of counsel to PLUNKETT COONEY, and gives notice that pursuant to F.R.Civ.P., Rule

26(b)(5), defendant Kilpatrick claims privilege as it relates to any communications, whether oral or

written, by and between himself and proposed deponent William Mitchell III, as well as any work

product that may have been generated as a result of the attorney/client relationship.

                       Respectfully submitted,

                       **PLUNKETT COONEY**

                    /s/ James C. Thomas
                    James C. Thomas P23801
                    Attorney for Kilpatrick
                    Suite 2632, 535 Griswold Street
                    Detroit, MI 48226
                    313-963-2420
                    jthomas@plunkettcooney.com
DATED: July 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

 /s/ James C. Thomas
James C. Thomas