UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHON BOND,
        Plaintiff,

v.

CITY OF DETROIT, a Municipal Corporation;
CITY OF DETROIT CHIEF OF POLICE
ELLA BULLY-CUMMINGS; DEPUTY CHIEF
OF POLICE CARA BEST; JOHN DOE OFFICERS 1-20;
ASSISTANT DEPUTY POLICE CHIEF HAROLD
CURETON; LIEUTENANT BILLY JACKSON;
MAYOR KWAME KILPATRICK; and CHRISTINE BEATTY,
jointly and severally,

        Defendants.

Case No. 05-CV-74253-DT
Hon. Gerald E. Rosen
Magistrate Judge Steven R. Whalen

_____/

## APPEARANCE OF LARA FETSCO PHILLIP

Please enter the appearance of the undersigned, Lara Fetsco Phillip, as counsel for Intervenor the Detroit Free Press, Inc. in the above-captioned case.

        /s/ Lara Fetsco Phillip
        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        2290 First National Building
        Detroit, MI 48226
        (313) 465-7518
        (P67353)
        lara.phillip@honigman.com

Dated: July 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the involved parties.

        s/Lara Fetsco Phillip
        Honigman Miller Schwartz and Cohn LLP
        2290 First National Building
        Detroit, MI 48226
        (313) 465-7518
        (P67353)
        lara.phillip@honigman.com

DETROIT.3225049.1