# UNITED STATES OF AMERICA
## IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of         Case No.: 05-CV-74253
JONATHAN BOND, a minor,               Hon. Gerald Rosen

        Plaintiff,

-vs-

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1 - 20;
ASST. DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ;
POLICE LT. BILLY JACKSON;
MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally

        Defendants.

_____/

**NORMAN YATOOMA & ASSOCIATES, P.C.**
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiff
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600

**JAMES C. THOMAS**
By: James C. Thomas (P23801)
Attorney for Defendant Kilpatrick
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 963-2420

**PLUNKETT COONEY**
By: Kenneth L. Lewis (P26071)
By: Said A. Taleb (P66030)
By: Randal M. Brown (P70031)
Attorneys for Defendant Ella Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790

**CITY OF DETROIT LAW DEPARTMENT**
By: Krystal A. Crittendon (P49981)
By: John A. Schapka (P36731)
Attorneys for Defendants City of Detroit,
Craig Schwartz and Harold Cureton
1650 First National Building
Detroit, Michigan 48226
(313) 237-3018

**WILLIAMS, WILLIAMS, RATTNER & PLUNKETT**
By: Thomas G. Plunkett (P18957)
By: David E. Plunkett (P66696)
Attorneys for Bell Industries, Inc., d/b/a SkyTel
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
(248) 642-0333

**MORGANROTH & MORGANROTH, PLLC**
By: Mayer Morganroth (P17966)
By: Jeffrey B. Morganroth (P41670)
Attorneys for Defendant Christine Beatty
3000 Town Center, Suite 1500
Southfield, Michigan 48075
(248) 355-3084

*NORMAN YATOOMA & ASSOCIATES, P.C.*

Dockets.Justia.com

**HONIGMAN MILLER SCHWARTZ & COHN**
By: Herschel P. Fink (P13427)
Attorney for Intervenor Detroit Free Press
660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226-3583
(313) 465-7000

/

## PLAINTIFF'S SECOND SUPPLEMENTAL RULE 26(A) DISCLOSURES

PLAINTIFF JONATHAN BOND through his Next Friend ERNEST FLAGG ("Plaintiff") by his undersigned counsel, NORMAN YATOOMA & ASSOCIATES, P.C., discloses the following documents and information under Federal Rule of Civil Procedure 26(a) to Defendants:

1.      Rule 26(a)(1)(A)(i)-Persons with discoverable information: Except as otherwise indicated, Plaintiff believes that Defendants are in possession of all of the contact information for the following individuals.

A.      Lieutenant Michael J. Kearns, Detroit Fire Department, EMS Division – Lt. Kearns spoke with Tamara Greene the night she was assaulted by Carlita Kilpatrick and witnessed Detroit Police officers taking her statement in the fall of 2002.

B.      Lieutenant Walter J. Godzwon, Detroit Fire Department, EMS Division (retired) – Lt. Godzwon witnessed Defendant Kwame Kilpatrick at Detroit Receiving Hospital; Defendant Kilpatrick was with his EPU officers the night that the officers brought an injured woman into the emergency room in the fall of 2002. Lt. Godzwon also witnessed EMT Douglas Bayer at the scene.

C.      Pastor Kenneth Hampton, Grace Bible Chapel – Pastor Ken Hampton spoke with Tamara Greene approximately six months before her murder, around the time that

she was assaulted by Carlita Kilpatrick. She told him that she feared for her life and that there were people who wanted to kill her.

D. Joyce Rogers, Clerk of the Detroit Police Department (retired) – Ms. Rogers recalled seeing the police report of the assault on Tamara Greene by Carlita Kilpatrick, wife of Defendant Kwame Kilpatrick.

2. Rule 26(a)(1)(A)(ii): Documents. Plaintiff Jonathan Bond hereby provides, concurrently with this disclosure (unless previously provided), the following documents to the Defendants:

A. The Affidavit of Michael J. Kearns;

B. The Affidavit of Walter J. Godzwon;

C. The Affidavit of Pastor Kenneth Hampton; and

D. The Affidavit of Joyce Rogers.

Respectfully Submitted,

Dated August 11, 2008

**Norman Yatooma & Associates, P.C.**
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiff
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600