UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,                                         No. 05-74253

        Plaintiff,                                           District Judge Gerald E. Rosen

v.                                                                     Magistrate Judge R. Steven Whalen

CITY OF DETROIT, et.al.,

        Defendants.
_____/

## NOTICE OF STATUS CONFERENCE

**TAKE NOTICE** that the above-entitled matter has been scheduled for a Status Conference on **THURSDAY, SEPTEMBER 4, 2008 at 10:00 A.M.**, before the Honorable R. Steven Whalen, 673 Theodore Levin Courthouse, Detroit, MI 48226. The Court will conduct this Status Conference with Counsel for Plaintiff and Defendants only, the parties are not to appear.

                                       S/G. Wilson
                                       Gina Wilson
                                       Judicial Assistant

Dated: August 28, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 28, 2008.

S/G. Wilson
Judicial Assistant