MIE 310 Order of Reference to a Magistrate Judge (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERNEST FLAGG,

                Plaintiff,                 Case Number: 05-74253

v.                                              Honorable Gerald E. Rosen

CITY OF DETROIT, et al.,             Magistrate Judge R. Steven Whalen

                Defendants,
                                       /

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge R. Steven Whalen for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**

Defendant Christine Beatty's, Motion to Compel Plaintiff's Answers and Responses, filed 8/6/08. (Docket #129)

                                  s/Gerald E. Rosen
                                  United States District Judge

Dated: September 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2008, by electronic and/or ordinary mail.

                                  s/LaShawn R. Saulsberry
                                  Case Manager