UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

              Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

              Defendants.
_____/

Case No. 05-CV-74253

District Judge Gerald E. Rosen

Magistrate Judge R. Steven Whalen

## **STIPULATION**

The parties, through their respective counsel, stipulate to entry of the attached Order.

| | |
|---|---|
| /s/ Norman A. Yatooma | /s/ Mayer Morganroth |
| Norman A. Yatooma (P54746) | Mayer Morganroth (P17966) |
| Robert S. Zawideh (P43787) | Jeffrey B. Morganroth (P41670) |
| Norman Yatooma & Associates, P.C. | Morganroth & Morganroth, PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendant Christine Beatty |
| 219 Elm Street | 3000 Town Center, Suite 1500 |
| Birmingham, Michigan 48009 | Southfield, Michigan 48075 |
| (248) 642-3600 | (248) 355-3084 |
| nya@normanyatooma.com | jmorganroth@morganrothlaw.com |

| | |
|---|---|
| /s/ Krystal A. Crittendon<br>Krystal A. Crittendon (P49981)<br>John A. Schapka (P36731)<br>City of Detroit Law Department<br>Attorneys for Defendants City of Detroit,<br>  Harold Cureton and Craig Schwartz<br>1650 First National Building<br>Detroit, Michigan 48226<br>(313) 224-4550<br>critk@law.ci.detroit.mi.us | /s/ James C. Thomas<br>James C. Thomas (P23801)<br>James C. Thomas, P.C.<br>Plunkett & Cooney, P.C.<br>Attorneys for Defendant Mayor<br>  Kwame M. Kilpatrick<br>535 Griswold, Suite 2632<br>Detroit, Michigan 48226<br>(313) 963-2420<br>jthomas@plunkettcooney.com |
| /s/ Kenneth L. Lewis<br>Kenneth L. Lewis (P24071)<br>Said A. Taleb (P66030)<br>Randal M. Brown (P70031)<br>Plunkett & Cooney, P.C.<br>Attorneys for Defendant Ella Bully-Cummings<br>535 Griswold, Suite 2400<br>Detroit, Michigan 48226<br>(313) 983-4790<br>klewis@plunkettcooney.com | /s/ Thomas G. Plunkett<br>Thomas G. Plunkett (P18957)<br>David E. Plunkett (P66696)<br>Williams, Williams, Rattner & Plunkett, P.C.<br>Attorneys for Non-Party Bell Industries, Inc.<br>d/b/a SkyTel Corp.<br>380 N. Old Woodward Avenue, Suite 300<br>Birmingham, Michigan 48009<br>(248) 642-0333<br>dep@wwrplaw.com |

Williams Williams Rattner & Plunkett, P.C. 380 North Old Woodward Avenue Suite 300 Birmingham, Michigan 48009 Tel: (248) 642-0333 Fax: (248) 642-0856 www.wwrplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

        Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

        Defendants.
_____/

Case No. 05-CV-74253

District Judge Gerald E. Rosen

Magistrate Judge R. Steven Whalen

## **ORDER**

The parties having stipulated and the Court being otherwise fully advised in the premises, it is hereby

ORDERED that the September 5, 2008 Order [Docket #141] by Magistrate Whalen regarding the procedure for production of text messages by Non-Party Velocita Wireless, LLC f/k/a Bell Industries, Inc. d/b/a SkyTel ("SkyTel") is hereby amended; and it is further

ORDERED that section A of the September 5 Order [Docket #141] shall be replaced by the following:

"On or before **September 12, 2008**, Plaintiff shall serve a Rule 34 Document Request on Defendant City of Detroit as to incoming or outgoing text messages or other communications,

00411620.DOC

maintained by SkyTel on behalf of the City of Detroit, that originated from or were received by *any* City of Detroit official or employee on April 30, 2003.

On or before **September 15, 2008**, Defendant City of Detroit shall forward the request to SkyTel, along with its written authorization to release said communications to the Court for *in camera* review.

On or before **September 20, 2008**, SkyTel shall forward three copies of said communications, in CD form, to the chambers of the Honorable Gerald E. Rosen, United States District Judge, Eastern District of Michigan, in a sealed envelope, for distribution to United States Magistrate Judge R. Steven Whalen and United States Magistrate Judge Michael J. Hluchaniuk, who will conduct an *in camera* review."

                                                                                _____
                                                                                Honorable Gerald E. Rosen
                                                                                United States District Judge

Date: _____

WIWIRIP   Williams Williams Rattner & Plunkett, P.C.   380 North Old Woodward Avenue   Suite 300   Birmingham, Michigan 48009   Tel: (248) 642-0333   Fax: (248) 642-0856   www.wwrplaw.com