# W|W|R|P

Williams Williams Rattner & Plunkett, P.C.
Attorneys and Counselors

380 North Old Woodward Avenue
Suite 300
Birmingham, Michigan 48009
Tel: (248) 642-0333
Fax: (248) 642-0856
www.wwrplaw.com

David E. Plunkett
dep@wwrplaw.com

September 12, 2008

**By Fax**

Clerk to the
Honorable Gerald E. Rosen
United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Boulevard, Room 730
Detroit, Michigan 48226

F I L E D
SEP 12 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Re:  Flagg v. City of Detroit, etc., et al.
     Case No. 05-CV-74253

Dear Judge Rosen:

Non-Party Velocita Wireless, LLC f/k/a Bell Industries, Inc. d/b/a SkyTel ("SkyTel") hereby withdraws its September 11, 2008 Motion to Amend Order [Docket #144]. SkyTel has obtained the consent of all the parties to the relief sought in its Motion, and intends to file a Stipulation and Order with the Court today.

Sincerely,

WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

David E. Plunkett

cc: All counsel of record (by e-mail)