UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

                Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

                Defendants.
_____/

Case No. 05-CV-74253

District Judge Gerald E. Rosen

Magistrate Judge R. Steven Whalen

## **STIPULATION**

The parties, through their respective counsel, stipulate to entry of the attached Order.

| /s/ Norman A. Yatooma | /s/ Mayer Morganroth |
|---|---|
| Norman A. Yatooma (P54746) | Mayer Morganroth (P17966) |
| Robert S. Zawideh (P43787) | Jeffrey B. Morganroth (P41670) |
| Norman Yatooma & Associates, P.C. | Morganroth & Morganroth, PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendant Christine Beatty |
| 219 Elm Street | 3000 Town Center, Suite 1500 |
| Birmingham, Michigan 48009 | Southfield, Michigan 48075 |
| (248) 642-3600 | (248) 355-3084 |
| nya@normanyatooma.com | jmorganroth@morganrothlaw.com |

| | |
|---|---|
| /s/ Krystal A. Crittendon<br>Krystal A. Crittendon (P49981)<br>John A. Schapka (P36731)<br>City of Detroit Law Department<br>Attorneys for Defendants City of Detroit,<br>  Harold Cureton and Craig Schwartz<br>1650 First National Building<br>Detroit, Michigan  48226<br>(313) 224-4550<br>critk@law.ci.detroit.mi.us | /s/ James C. Thomas<br>James C. Thomas (P23801)<br>James C. Thomas, P.C.<br>Plunkett & Cooney, P.C.<br>Attorneys for Defendant Mayor<br>  Kwame M. Kilpatrick<br>535 Griswold, Suite 2632<br>Detroit, Michigan  48226<br>(313) 963-2420<br>jthomas@plunkettcooney.com |
| /s/ Kenneth L. Lewis<br>Kenneth L. Lewis (P24071)<br>Said A. Taleb (P66030)<br>Randal M. Brown  (P70031)<br>Plunkett & Cooney, P.C.<br>Attorneys for Defendant Ella Bully-Cummings<br>535 Griswold, Suite 2400<br>Detroit, Michigan  48226<br>(313) 983-4790<br>klewis@plunkettcooney.com | /s/ Thomas G. Plunkett<br>Thomas G. Plunkett (P18957)<br>David E. Plunkett (P66696)<br>Williams, Williams, Rattner & Plunkett, P.C.<br>Attorneys for Non-Party Bell Industries, Inc.<br>d/b/a SkyTel Corp.<br>380 N. Old Woodward Avenue, Suite 300<br>Birmingham, Michigan  48009<br>(248) 642-0333<br>dep@wwrplaw.com |

~8147781.DOC

Williams Williams Rattner & Plunkett, P.C.  380 North Old Woodward Avenue  Suite 300  Birmingham, Michigan 48009  Tel: (248) 642-0333  Fax: (248) 642-0856  www.wwrplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a Minor,

        Plaintiffs,

v.

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-
CUMMINGS; DEPUTY DETROIT POLICE
CHIEF CARA BEST; JOHN DOE POLICE
OFFICERS 1-20; ASST. DEPUTY POLICE
CHIEF HAROLD CURETON; COMMANDER
CRAIG SCHWARTZ; POLICE LT. BILLY
JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, Jointly and Severally,

        Defendants.
_____/

Case No. 05-CV-74253

District Judge Gerald E. Rosen

Magistrate Judge R. Steven Whalen

## **ORDER**

The parties having stipulated and the Court being otherwise fully advised in the premises, it is hereby

ORDERED that the September 5, 2008 Order [Docket #141] by Magistrate Whalen regarding the procedure for production of text messages by Non-Party Velocita Wireless, LLC f/k/a Bell Industries, Inc. d/b/a SkyTel ("SkyTel") is hereby amended; and it is further

ORDERED that section A of the September 5 Order [Docket #141] shall be replaced by the following:

"On or before **September 12, 2008**, Plaintiff shall serve a Rule 34 Document Request on Defendant City of Detroit as to incoming or outgoing text messages or other communications,

~8147781.DOC

maintained by SkyTel on behalf of the City of Detroit, that originated from or were received by *any* City of Detroit official or employee on April 30, 2003.

On or before **September 15, 2008**, Defendant City of Detroit shall forward the request to SkyTel, along with its written authorization to release said communications to the Court for *in camera* review.

On or before **September 20, 2008**, SkyTel shall forward three copies of said communications, in CD form, to the chambers of the Honorable Gerald E. Rosen, United States District Judge, Eastern District of Michigan, in a sealed envelope, for distribution to United States Magistrate Judge R. Steven Whalen and United States Magistrate Judge Michael J. Hluchaniuk, who will conduct an *in camera* review."

                            s/R. Steven Whalen
                            R. STEVEN WHALEN
                            UNITED STATES MAGISTRATE JUDGE

Dated:   September 18, 2008September 18, 2008

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 18, 2008.

                            s/Gina Wilson
                            Judicial Assistant