# UNITED STATES OF AMERICA
## IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| ERNEST FLAGG, as Next Friend of<br>JONATHAN BOND, a minor,<br>TARIS JACKSON, as Next Friend of<br>ASHLY JACKSON, a minor,<br>DR. BRIAN GREENE, as Next Friend of<br>INDIA BOND, a minor, | Case No.: 05-CV-74253<br>Hon. Gerald Rosen |

       Plaintiffs,

-vs-

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST
JOHN DOE POLICE OFFICERS 1 - 20;
ASST. DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ;
MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally

       Defendants.

_____/

**NORMAN YATOOMA & ASSOCIATES, P.C.**
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiffs
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600

**JAMES C. THOMAS**
By: James C. Thomas (P23801)
Attorney for Defendant Kilpatrick
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 963-2420

**PLUNKETT COONEY**
By: Kenneth L. Lewis (P26071)
By: Said A. Taleb (P66030)
By: Randal M. Brown (P70031)
Attorneys for Defendant Ella Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790

**MORGANROTH & MORGANROTH, PLLC**
By: Mayer Morganroth (P17966)
By: Jeffrey B. Morganroth (P41670)
Attorneys for Defendant Christine Beatty
3000 Town Center, Suite 1500
Southfield, Michigan 48075
(248) 355-3084

| | |
|---|---|
| **WILLIAMS, WILLIAMS, RATTNER & PLUNKETT**<br>By: Thomas G. Plunkett (P18957)<br>By: David E. Plunkett (P66696)<br>Attorneys for Bell Industries, Inc., d/b/a SkyTel<br>380 N. Old Woodward Avenue, Suite 300<br>Birmingham, Michigan 48009<br>(248) 642-0333 | **HONIGMAN MILLER SCHWARTZ & COHN**<br>By: Herschel P. Fink (P13427)<br>Attorney for Intervenor Detroit Free Press<br>660 Woodward Avenue, Suite 2290<br>Detroit, Michigan 48226-3583<br>(313) 465-7000 |
| **MOSS & COLELLA PC**<br>By: David Moss (P36757)<br>By: Vince Colella (P49747)<br>Co-Counsel for Plaintiffs Ashly Jackson and India Bond Only<br>29100 Northwestern Hwy., Suite 310<br>Southfield, Michigan 48034<br>(248) 945-0100 | **CITY OF DETROIT LAW DEPARTMENT**<br>By: John A. Schapka (P36731)<br>By: Krystal A. Crittendon (P49981)<br>Attorneys for Defendants City of Detroit, Craig Schwartz, Cara Best and Harold Cureton<br>660 Woodward Ave, Suite 1650<br>Detroit, Michigan 48226<br>(313) 237-3018 |

_____/

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS CITY OF DETROIT, HAROLD CURETON AND CARA BEST PURSUANT TO FRCP 55(A)

NOW COME THE PLAINTIFFS ERNEST FLAGG, as next friend of JONATHAN BOND, TARIS JACKSON, as next friend of ASHLY JACKSON, and DR. BRIAN GREENE, as next friend of INDIA BOND ("PLAINTIFFS"), by and through by their undersigned counsel, NORMAN YATOOMA & ASSOCIATES, P.C., and in support of their Request for Entry of Default state the following:

1. By written order issued on September 4, 2008, the Court granted Plaintiffs leave to file their Third Amended Complaint, and ordered them to file and serve same within seven days of that order.

2. On September 5, 2008, Plaintiffs electronically filed and served their Third Amended Complaint on all Defendants. See Proof of Service attached hereto as Exhibit A.

3. Pursuant to FRCP 15(a)(3), Defendants were required to file and serve responsive pleadings on or before September 15, 2008, within ten (10) days of service of the amended pleading.

4. As of this date, Defendants Christine Beatty, Kwame Kilpatrick and Ella Bully-Cummings filed Answers and Affirmative Defenses in response to the Third Amended Complaint.

5. According to FRCP 55(a) "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6. An affidavit supporting these facts is attached hereto as Exhibit B.

7. In accordance with FRCP 55(a), the clerk MUST enter the Default of Defendants City of Detroit, Harold Cureton and Cara Best.

WHEREFORE, Plaintiffs, ERNEST FLAGG, as next friend of JONATHAN BOND, TARIS JACKSON, as next friend of ASHLY JACKSON, and DR. BRIAN GREENE, as next friend of INDIA BOND, respectfully request an Entry of Default Against Defendants City of Detroit, Harold Cureton and Cara Best.

Respectfully submitted,

Dated: September 29, 2008

/s/ Robert S. Zawideh
Norman Yatooma & Associates, P.C.
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiffs
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600

ERNEST FLAGG, as Next Friend of
JONATHAN BOND, a minor,
TARIS JACKSON, as Next Friend of
ASHLY JACKSON, a minor,
DR. BRIAN GREENE, as Next Friend of
INDIA BOND, a minor,

        Plaintiffs,

-vs-

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST
JOHN DOE POLICE OFFICERS 1 - 20;
ASST. DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ;
MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally

        Defendants.

Case No.: 05-CV-74253
Hon. Gerald Rosen

_____/

**NORMAN YATOOMA & ASSOCIATES, P.C.**
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiffs
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600

**PLUNKETT COONEY**
By: Kenneth L. Lewis (P26071)
By: Said A. Taleb (P66030)
By: Randal M. Brown (P70031)
Attorneys for Defendant Ella Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI 48226
(313) 983-4790

**JAMES C. THOMAS**
By: James C. Thomas (P23801)
Attorney for Defendant Kilpatrick
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 963-2420

**MORGANROTH & MORGANROTH, PLLC**
By: Mayer Morganroth (P17966)
By: Jeffrey B. Morganroth (P41670)
Attorneys for Defendant Christine Beatty
3000 Town Center, Suite 1500
Southfield, Michigan 48075
(248) 355-3084

| | |
|---|---|
| **WILLIAMS, WILLIAMS, RATTNER & PLUNKETT**<br>By: Thomas G. Plunkett (P18957)<br>By: David E. Plunkett (P66696)<br>Attorneys for Bell Industries, Inc., d/b/a SkyTel<br>380 N. Old Woodward Avenue, Suite 300<br>Birmingham, Michigan 48009<br>(248) 642-0333 | **HONIGMAN MILLER SCHWARTZ & COHN**<br>By: Herschel P. Fink (P13427)<br>Attorney for Intervenor Detroit Free Press<br>660 Woodward Avenue, Suite 2290<br>Detroit, Michigan 48226-3583<br>(313) 465-7000 |
| **MOSS & COLELLA PC**<br>By: David Moss (P36757)<br>By: Vince Colella (P49747)<br>Co-Counsel for Plaintiffs Ashly Jackson and India Bond Only<br>29100 Northwestern Hwy., Suite 310<br>Southfield, Michigan 48034<br>(248) 945-0100 | **CITY OF DETROIT LAW DEPARTMENT**<br>By: John A. Schapka (P36731)<br>By: Krystal A. Crittendon (P49981)<br>Attorneys for Defendants City of Detroit, Craig Schwartz, Cara Best and Harold Cureton<br>660 Woodward Ave, Suite 1650<br>Detroit, Michigan 48226<br>(313) 237-3018 |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, September 29, 2008, I electronically filed the PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CITY OF DETROIT, HAROLD CURETON AND CARA BEST PURSUANT TO FRCP 55(A) with the Clerk of the Court using the CM/ECF system on the following:

| | |
|---|---|
| **PLUNKETT COONEY**<br>By: Kenneth L. Lewis (P26071)<br>By: Said A. Taleb (P66030)<br>By: Randal M. Brown (P70031)<br>Attorneys for Defendant Ella Bully-Cummings<br>535 Griswold, Suite 2400<br>Detroit, MI 48226<br>KLewis@plunkettcooney.com<br>RBrown@plunkettcooney.com<br>STaleb@plunkettcooney.com | **CITY OF DETROIT LAW DEPARTMENT**<br>By: Krystal A. Crittendon (P49981)<br>By: John A. Schapka (P36731)<br>Attorneys for Defendants City of Detroit, Craig Schwartz, Cara Best and Harold Cureton<br>660 Woodward Ave, Suite 1650<br>Detroit, Michigan 48226<br>schaj@law.ci.detroit.mi.us<br>critk@law.ci.detroit.mi.us |
| **WILLIAMS, WILLIAMS, RATTNER & PLUNKETT**<br>By: Thomas G. Plunkett (P18957)<br>By: David E. Plunkett (P66696)<br>Attorneys for Bell Industries, Inc., d/b/a SkyTel<br>380 N. Old Woodward Avenue, Suite 300<br>Birmingham, Michigan 48009<br>(248) 642-0856 – Fax<br>TGPlunkett@WWRPLaw.com<br>DEPlunkett@WWRPLaw.com | **JAMES C. THOMAS**<br>By: James C. Thomas (P23801)<br>Attorney for Defendant Kilpatrick<br>535 Griswold Street, Suite 2632<br>Detroit, Michigan 48226<br>(313) 963-9258 - Fax<br>JThomas@plunkettcooney.com |

| HONIGMAN MILLER SCHWARTZ & COHN | MORGANROTH & MORGANROTH, PLLC |
|---|---|
| By: Herschel P. Fink (P13427) | By: Mayer Morganroth (P17966) |
| By: Richard Zuckerman (P26521) | By: Jeffrey B. Morganroth (P41670) |
| Attorney for Intervenor Detroit Free Press | Attorneys for Defendant Christine Beatty |
| 660 Woodward Avenue, Suite 2290 | 3000 Town Center, Suite 1500 |
| Detroit, Michigan 48226-3583 | Southfield, Michigan 48075 |
| rzuckerman@honigman.com | jmorganroth@morganrothlaw.com |
| hfink@honigman.com | mmorganroth@morganrothlaw.com |

The above statement and information is true to the best of my knowledge, information, and belief.

Dated: September 29, 2008

/s/ Robert S. Zawideh
Norman Yatooma & Associates, P.C.
By: Norman A. Yatooma (P54746)
By: Robert S. Zawideh (P43787)
Attorneys for Plaintiffs
219 Elm Street
Birmingham, Michigan 48009
(248) 642-3600