Flagg v. Detroit, City of et al                                    Doc. 157

# SEALED MATTER

CASE NUMBER  05-74253

DEFENDANT NO.  _____

CASE TYPE  ___ CR  _X_ CV  ___ MC
           ___ MW  ___ PO  ___ MJ

DISTRICT JUDGE  Rosen

SIGNED BY
JUDICIAL OFFICER  Whalen

NEW CASE  ___ YES  _X_ NO



DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA

FILED
2008 OCT 14 A 11: 23
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

Dockets.Justia.com