UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of JONATHAN BOND,
a minor, TARIS JACKSON, as Next Friend of ASHLY
JACKSON, a minor; and DR. BRIAN GREENE,
as Next Friend of INDIA
BOND, a minor

       Plaintiffs,

v                                                            Case No.: 05-CV-74253
                                                          Hon. Gerald E. Rosen
                                                          Magistrate Judge R. Steven Whalen

CITY OF DETROIT, a municipal corporation;
DETROIT POLICE CHIEF ELLA BULLY-CUMMINGS;
DEPUTY DETROIT POLICE CHIEF CARA BEST;
JOHN DOE POLICE OFFICERS 1-20; ASST.
DEPUTY POLICE CHIEF HAROLD CURETON;
COMMANDER CRAIG SCHWARTZ; POLICE LT.
BILLY JACKSON; MAYOR KWAME M. KILPATRICK,
CHRISTINE BEATTY, jointly and severally,

       Defendants.

_____/

| | |
|---|---|
| NORMAN A. YATOOMA (P54746) <br> ROBERT S. ZAWIDEH (P43787) <br> NORMAN YATOOMA & ASSOCIATES, P.C. <br> **Attorneys for Plaintiffs** <br> 219 Elm Street <br> Birmingham, MI 48009 <br> (248) 642-3600 | MAYER MORGANROTH (P17966) <br> JEFFREY B. MORGANROTH (P41670) <br> MORGANROTH & MORGANROTH, PLLC <br> **Attorneys for Christine Beatty, Only** <br> 3000 Town Center, Suite 1500 <br> Southfield, MI 48075 <br> (248) 355-3084 |
| DAVID MOSS (P36757) <br> VINCE COLELLA (P49747) <br> MOSS & COLELLA PC <br> **Co-Counsel for Plaintiffs Ashly Jackson and India Bond Only** <br> 29100 Northwestern Highway, Suite 310 <br> Southfield, MI 48034 <br> (248) 945-0100 | KRYSTAL A. CRITTENDON (P49981) <br> CITY OF DETROIT LAW DEPARTMENT <br> **Attorney for City of Detroit, Harold Cureton, Craig Schwartz & Cara Best** <br> 660 Woodward Avenue, Suite 1650 <br> Detroit, MI 48226 <br> (313) 237-3018 |
| JOHN A. SCHAPKA (P36731) <br> CITY OF DETROIT LAW DEPARTMENT <br> **Co-Counsel for City of Detroit, Harold Cureton, Craig Schwartz & Cara Best** <br> 660 Woodward Avenue, Suite 1650 <br> Detroit, MI 48226 <br> (313) 224-4550 | JAMES C. THOMAS (P23801) <br> JAMES C. THOMAS, P.C. <br> **Attorney for Defendant Kwame Kilpatrick** <br> 535 Griswold St., Suite 2632 <br> Detroit, MI 48226 <br> (313) 963-2420 |
| | KENNETH L. LEWIS (P26071) <br> SAID A. TALEB (P66030) <br> RANDAL M. BROWN (P70031) <br> PLUNKETT COONEY <br> **Attorneys for Ella Bully-Cummings, Only** <br> 535 Griswold, Suite 2400 <br> Detroit, MI 48226 <br> (313) 983-4790 |

_____/

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017
_____

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

# **DEFENDANT, CHRISTINE BEATTY'S, PRELIMINARY WITNESS LIST**

NOW COMES Defendant, Christine Beatty ("Beatty"), by and through her attorneys, Morganroth & Morganroth, PLLC, and for her Preliminary Witness List states as follows:

1. Agents and Representatives of City of Detroit

   Can be reached through counsel of record.

2. Former Mayor Kwame Kilpatrick

   Can be reached through counsel of record.

3. Carlita Kilpatrick

   Can be reached through counsel for former Mayer Kwame Kilpatrick

4. Former Detroit Police Chief Ella Bully-Cummings

   Can be reached through counsel of record.

5. Former Deputy Detroit Police Chief Cara Best

   Can be reached through counsel of record.

6. Asst. Deputy Police Chief Harold Cureton

   Can be reached through counsel of record.

7. Former Commander Craig Schwartz

   Can be reached through counsel of record.

8. Police Lt. Billy Jackson

   Can be reached through counsel of record.

9. Assistant Chief Walter Shoulders

   Can be reached through counsel for City of Detroit

10. Christine Beatty

    Can be reached through counsel of record.

11. Harold Nelthrope

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

12. Gary Brown

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

13. Walter Harris

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

14. Shereece Fleming-Freeman

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

15. Jerry Oliver

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

16. Donald Parshall

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

17. Steven Dolunt

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

18. Hugh Morrison

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

19. Wendy R. Mullins

May be contacted through counsel for Velocita

20. Anthony Baker

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

21. John Johnson

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

22. Alvin Bowman

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

23. Marion Stevenson

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

24. Danny Marshall

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

25. Susan Smith

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

26. Abdon Ruiz, Jr.

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

27. Sherif Elalayli

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

28. Jeff Jackson

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

29. David Bransham

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

30. Michael McGinnis

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

31. John Deitrick

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

32. Kellie Farrell

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

33. Yassar Zora

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

34. John Baritchie

Uncertain as to contact information and/or Plaintiffs are already aware of such contact

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

4

information.

35. Shannon Bullock

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

36. Thomas Smith

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

37. William Niarhos

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

38. John Figurski

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

39. Douglas Bayer

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

40. Cebino Chapa

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

41. Ronald Fleming

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

42. David Rayford

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

    43.    Brian D. Greene

Plaintiffs are already aware of such contact information.

    44.    Taris A. Jackson

Plaintiffs are already aware of such contact information.

    45.    Lorenzo Jones

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

    46.    Mike Martin

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

    47.    Christina L. Borowicz
            4658 Walnut Glen Ct
            West Bloomfield, MI 48323
            (248) 302-8897

    48.    Elwood S. Berry, Jr.
            Wright Berry McCoy & Cantrell LLP
            21543 Grand River
            Detroit, MI 48219
            313-255-9920

    49.    Ernest Flagg

Plaintiffs are already aware of such contact information.

    50.    Jonathan Bond

Plaintiffs are already aware of such contact information.

    51.    Ashly Jackson

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

Plaintiffs are already aware of such contact information.

52. India Bond

Plaintiffs are already aware of such contact information.

53. Michael Cox
    Dept of Attorney General
    PO Box 30212
    G Mennen Williams Building Fl 7
    Lansing, MI 48909
    (517) 373-1110

54. Carl J. Schmidt
    Wayne County Medical Examiner
    1300 E. Warren
    Detroit MI 48207
    313-833-2504

55. Custodians of records of the following:

    a. City of Detroit Police Department

    b. Wayne County Medical Examiner's Office

    c. Wayne County Prosecutor's Office

    d. Wayne County Sheriff's Department

    e. Michigan State Police

    f. City of Detroit Fire Department

    g. City of Detroit Human Resources Department

    h. Michigan Department of Corrections

    i. Detroit Receiving Hospital

    j. St. John Riverview Hospital

    k. Michigan Attorney General's Office

    l. Velocita Wireless f/k/a Skytel Communications

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

   m. Sprint/Nextel f/ka Nextel Communications

56. Stephen Oshinsky

May be contacted through counsel for Velocita.

57. Michael Stefani
   Stefani & Stefani PC
   512 E 11 Mile Rd
   Royal Oak, MI 48067
   (248) 544-3400

58. Samuel McCargo
   Lewis & Munday PC
   660 Woodward Ave Ste 2490
   Detroit, MI 48226
   (313) 961-2550

59. William Mitchell III
   Mitchell Lawyers & Associates PLLC
   2000 Town Ctr Ste 1000
   Southfield, MI 48075
   (248) 415-2230

60. Dadan Milton

Uncertain as to contact information and/or Plaintiffs are already aware of such contact information.

61. Darrett "Little D" King

62. Eric "Big E" Mitchell

63. Any and all witnesses listed by any other Defendant in his/her witness lists

64. Any and all witnesses listed by any Plaintiff in his witness lists

65. Any and all witnesses whose identity is established through subsequent discovery

66. All rebuttal witnesses

67. Beatty reserves the right to add additional witnesses as discovery progresses in this action

MORGANROTH
&
MORGANROTH,
PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302

68. Beatty reserves the right to amend her witness list to correct any typographical, spelling, clerical, and identification errors which may be present and are later discovered.

Respectfully submitted,

MORGANROTH & MORGANROTH, PLLC

By: /s/ Mayer Morganroth
MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH (P41670)
JASON R. HIRSCH (P58034)
Attorneys for Defendant Beatty
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084

Dated: October 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Norman A. Yatooma, Attorney | John A. Schapka, Attorney |
| Kenneth L. Lewis, Attorney | Krystal A. Crittendon, Attorney |
| James C. Thomas, Attorney | Herschel P. Fink, Attorney |

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

David Moss, Esq.
Vince Colella, Esq.
MOSS & Colella, PC
29100 Northwestern Hwy., Suite 310
Southfield, MI 48034

MORGANROTH & MORGANROTH, PLLC
By: /s/ Mayer Morganroth
MAYER MORGANROTH (P17966)
Morganroth & Morganroth, PLLC

Dated: October 17, 2008    E-mail: mmorganroth@morganrothlaw.com

MORGANROTH & MORGANROTH, PLLC
ATTORNEYS AT LAW

MICHIGAN OFFICE
3000 TOWN CENTER
SUITE 1500
SOUTHFIELD, MI 48075
(248) 355-3084
FAX (248) 355-3017

NEW YORK OFFICE
156 W. 56 STREET
SUITE 1101
NEW YORK, NY 10019
(212) 586-5905
FAX (212) 586-7302