UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend of JONATHAN
BOND, a minor; TARIS JACKSON, as Next Friend
of ASHLEY JACKSON, a minor; and DR. BRIAN
GREENE, as Next Friend of INDIA BOND, a minor,

        Plaintiffs,

-VS-

CITY OF DETROIT, a Municipal Corporation,
DETROIT CHIEF OF POLICE, ELLA BULLY-
CUMMINGS, DEPUTY DETROIT POLICE CHIEF,
CARA BEST, JOHN DOE OFFICERS 1-20, ASST.
DEPUTY POLICE CHIEF HAROLD CURETON,
COMMANDER CRAIG SCHWARTZ, MAYOR
KWAME KILPATRICK, CHRISTINE BEATTY,
Jointly and severally,

        Defendants.

CASE. NO.:    05-CV-74253
HON.:  GERALD E. ROSEN
MAG. R. STEVEN WHALEN

---

NORMAN A. YATOOMA (P54746)
ROBERT S. ZAWIDEH (P43787)
NORMAN YATOOMA & ASSOCIATES, P.C.
Attorneys for Plaintiff
219 Elm Street
Birmingham, MI 48009
(248) 642-3600
nya@normanyatooma.com

**DEFENDANT
ELLA BULLY-CUMMINGS
PRELIMINARY
WITNESS LIST**

DAVID MOSS (P36757)
VINCE COLELLA (P49747)
MOSS & COLELLA, P.C.
Co-Counsel for Plaintiffs Ashley Jackson and
India Bond Only
29100 Northwestern Highway, Ste. 310
Southfield, MI  48034
(248) 945-0100
(248) 945-1801
E-mail:  dmoss@mosscolella.com
vcolella@mosscolella.com

KENNETH L. LEWIS (P26071)
SAID A. TALEB (P66030)
RANDAL M. BROWN (P70031)
PLUNKETT COONEY
Attorneys for Defendant Ella Bully-Cummings
535 Griswold, Suite 2400
Detroit, MI  48226
(313) 983-4790
Fax: (313) 983-4350
E-mail:  klewis@plunkettcooney.com
E-mail:  staleb@plunkettcooney.com
E-mail:  rbrown@plunkettcooney.com

---

MAYER MORGANROTH (P17966)
JEFFREY B. MORGANROTH  (P41670)
MORGANROTH & MORGANROTH, PLLC
Attorneys for Defendant Christine Beatty
3000 Town Center, Suite 1500
Southfield, MI 48075
(248) 355-3084
Fax (248) 355-3107
jmorganroth@morganrothlaw.com
mmorganroth@morganrothlaw.com

JOHN A. SCHAPKA (P36731)
KRYSTAL A. CRITTENDON (P49981)
CITY OF DETROIT LAW DEPT.
Attorneys for Defendants City of Detroit,
Harold Cureton, Craig Schwartz & Cara Best
660 Woodward Ave., Suite 1650
Detroit, MI 48226-3491
(313) 237-3018
critk@law.ci.detroit.mi.us

JAMES C. THOMAS (P23801)
Attorney for Defendant Mayor Kwame
Kilpatrick
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 963-2420
jthomas@plunkettcooney.com

## DEFENDANT ELLA BULLY-CUMMINGS PRELIMINARY WITNESS LIST

NOW COMES Defendant, Ella Bully-Cummings, by and through her attorneys, Plunkett Cooney, and for her Preliminary Witness List states as follows:

1. Ernest Flagg

2. Jonathan Bond

3. Taris Jackson

4. Ashly Jackson

5. Dr. Brian Greene

6. India Bond

7. Family members of all individuals listed above in #1-6.

8. Any and all employees, past or present, from the City of Detroit, including but not limited to:

   a. Records custodian

   b. Ella Bully-Cummings

   c. Kwame M. Kilpatrick

     d.   Christine Beatty

     e.   Cara Best

     f.   Harold Cureton

     g.   Craig Schwartz

     h.   Billy Jackson

9.   Custodian of Records of the following:

     a.   City of Detroit Mayor Office;

     b.   City of Detroit Human Resources Department;

     c.   City of Detroit Police Department;

     d.   Wayne County Medical Examiner's Office;

     e.   Wayne County Prosecutor's Office;

     f.   Wayne County Sheriff's Department;

     g.   Michigan State Police;

     h.   Michigan Attorney General's Office;

     i.   Michigan Department of Corrections;

     j.   Detroit Receiving Hospital;

     k.   St. John Riverview Hospital;

     l.   Velocita Wireless f/k/a Skytel Communications;

     m.   Sprint/Nextel f/k/a Nextel Communications.

10. Any witnesses listed on any parties witness list filed in this matter.

11. All rebuttal witnesses.

12. Defendant Ella Bully-Cummings reserves the right to add witnesses as discovery progresses in this action.

3

13. Defendant Ella Bully-Cummings reserves the right to amend her witness list to correct any typographical, spelling, clerical, and identification error, which may be present and are later discovered.

PLUNKETT COONEY

By:        s/Randal M. Brown
KENNETH L. LEWIS (P26071)
SAID A. TALEB (P66030)
RANDAL M. BROWN (P70031)
Attorneys for Defendant Ella Bully-Cummings
535 Griswold, Ste. 2400
Detroit, MI 48226
(313) 983-4790
(313) 983-4350 - Fax
E-mail: klewis@plunkettcooney.com
staleb@plunkettcooney.com

Dated: October 17, 2008         rbrown@plunkettcooney.com

---

**CERTIFICATE OF SERVICE**

Randal M. Brown, attorney with the law firm of PLUNKETT COONEY, being first duly sworn, deposes and says that on the 17th day of October 2008, he caused a copy of this document to be served upon all parties of record, and that such service was made electronically upon each counsel of record so registered with the United States District Court and via U.S. Mail to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

PLUNKETT COONEY

By:        s/Randal M. Brown
KENNETH L. LEWIS (P26071)
SAID A. TALEB (P66030)
RANDAL M. BROWN (P70031)
Attorneys for Defendant Ella Bully-Cummings
535 Griswold, Ste. 2400
Detroit, MI 48226
(313) 983-4790
(313) 983-4350 - Fax
E-mail: klewis@plunkettcooney.com
staleb@plunkettcooney.com

Dated: October 17, 2008         rbrown@plunkettcooney.com

Detroit.00396.81396.1338615-1