**W|W|R|P**

Williams Williams Rattner & Plunkett, P.C.
Attorneys and Counselors

380 North Old Woodward Avenue
Suite 300
Birmingham, Michigan 48009

Tel: (248) 642-0333
Fax: (248) 642-0856
www.wwrplaw.com

David E. Plunkett
dep@wwrplaw.com

October 16, 2008

**By Fax**

Clerk to the
Honorable Gerald E. Rosen
United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Boulevard, Room 730
Detroit, Michigan 48226



FILED
OCT 16 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Re:    Flagg v. City of Detroit, etc., et al.
       Case No. 05-CV-74253

Dear Judge Rosen:

Non-Party Velocita Wireless, LLC f/k/a Bell Industries, Inc. d/b/a SkyTel ("SkyTel") hereby withdraws its October 15, 2008 Motion to Amend Order [Docket #159]. SkyTel is filing an Amended Motion to Amend Order today.

Sincerely,

WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.

David E. Plunkett

cc: All counsel of record (by e-mail)