# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**Ernest Flagg,** as Next Friend of



_____/

**DEFENDANTS CITY OF DETROIT, HAROLD CURRETON, CRAIG SCHWARTZ, AND CARA BEST'S PRELIMINARY WITNESS LIST**

Defendants City of Detroit, Harold Curreton, Craig Schwartz, and Cara Best hereby provide notice that the following individuals may be called upon to offer testimony at the trial of this matter.

1. Douglas Bayer, c/o Plaintiffs' counsel

2. Fawn Colombatto, c/o Plaintiffs' counsel

3. Donald Gregory Bayer, address unknown

4. Cebino Chapa, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

5. Katrina Bailey, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

6. Jim Torres, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

7. Ken McKay, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

8. Joe Acquino, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

9. Walter Shoulders, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

10. Shereece Fleming-Freeman, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

11. Odell Godbold,

12. Michael Russell, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

13. Moises Jimenez, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

14. Donald Parshall, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

15. Steven Dolunt, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650,

Detroit, Michigan

16.    Hugh Morrison, address unknown

17.    Anthony Baker, address unknown

18.    Marion Stevenson, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

19.    Danny Marshall, address unknown

20.    Susan Smith, address unknown

21.    Abdon Ruiz, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

22.    Sherif Elalayli, address unknown

23.    Jeff Jackson, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

24.    David Branham, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

25.    Michael McGinnis, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

26.    John Deitrick, address unknown

27.    Kellie Farrell, address unknown

28.    Yassa Zora, address unknown

29.    John Baritchi, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

30.    Shannon Bullock, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

31.    Thomas Smith, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

32.    William Niarhos, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

33.    Ronald Fleming, address unknown

34.    David Rayford, address unknown

35.    Lorenzo Jones, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650,

Detroit, Michigan

36. Mike Martin, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

37. Tyrone Scott, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

38. Cheryl A. Campbell, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

39. Gary N. Kelly, address unknown

40. James Kestleloot, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

41. Joe M. Wilson, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

42. Dwayne Dixon, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

43. Michael Kerns, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

44. Dennis Mitchenor, address unknown

45. Keith Stallworth, address unknown

46. Mike Carlsisle, address unknown

47 William Rice, address unknown

48. Wedad El-Hage, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

49. Ajene Evans, address unknown

50. Pamela Evans, address unknown

51. Misty Evans, address unknown

52. Nikki Evans, address unknown

53. Alice Beatty, address unknown

54. Al Fields, address unknown

55. Andrea Carroll, address unknown

56. Anthony Adams, address unknown

57. Ceeon Quiett, address unknown

58. Charles Beckham, address unknown

59. David Manney, address unknown

60. Derrick Miller, address unknown

61. James Canning, address unknown

62. James Tate, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

63. Lisa Miller, address unknown

64. Lucius Vasser, address unknown

65. Mike Tardiff, address unknown

66. Nneka Kafi, address unknown

67. Pamela Scales, address unknown

68. Patricia Peoples, address unknown

69. Paytra Williams, address unknown

70. Janice Butler, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

71. George Hall,  address unknown

72. Todd Bettison, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

73. Claudia Barton, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

74. Vivan Talbert, address unknown

75. Gerard Simon, address unknown

76. Walter Long, address unknown

77. Brian Stair, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

78. Fred McClure, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

79. Roosevelt Lawrence, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

80. Pierre Fortier, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

81. Mark Cunningham, address unknown

82. Christina l. Borowicz, 4658 Walnut Glen Court, West Bloomfield, Michigan

83. Elwood S. Berry, Jr. 21543 Grand River, Detroit, Michigan

84. Michael Cox, G. Mennen Williams Bldg, Floor 7, Lansing, Michigan

85. Carl J. Schmidt, 1300 East Warren Avenue, Detroit, Michigan

88. D/SGT John Figurski, address unknown

87. D/SGT Krebs, address unknown

88, Curtis Schramm, address unknown

89. Dennis Carlos, address unknown

90. Kimberly Kimbrough,

91. Martha Sanford, address unknown

92. Sarah Redmond, address unknown

93. Joseph Luczak, address unknown

94. Alonzo Sandusky, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

95. Michael Ziolkowski, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

96. Jerry Schoat, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

97. Ronaldo Turner, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

98. Tonya Guy, address unknown

99. Andrea Jackson, address unknown

100. Diane Nelson, address unknown

101. Ralph Belamy, address unknown

102. Marcy Brown, address unknown

103. Shawn Wesley, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

104. Hugh Morrison, address unknown

105. James Barren, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

106. Robert Dunlap, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

107. Deanna Maher,

108. Gerald Thomas, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

109. Joe Thomas, Southfield Police Department,

110. Celeste Bulgar, address unknown

111. Camille Howard, address unknown

112. James Earl Lewis, address unknown

113. Robert Shoemaker, address unknown

114. Thomas Bond, address unknown

115. Bertha Johnson, address unknown

116. Christine White, address unknown

117. Brenda Greene, address unknown

118. Jeff Fite, address unknown

119. Alvin Bowman, 24329 Leewin, Detroit, Michigan

120. Walter Godzwon, 5240 Harvard Road, Detroit, Michigan

121. Tony Davis, address unknown

122. Beverly Clark, address unknown

123. Maureen Stevens, address unknown

124. Lewis (Bill) Dickens, address unknown

125. Nicole Darece Wilson, address unknown

126. Baron Strohmeyer, 4057 Pioneer Drive, Walled Lake, Michigan

127. Bobbie R. Tyler, address unknown

128. Harold Nelthorpe, address unknown

129. Gary Brown, address unknown

130. Walter Harris, address unknown

131. Michael Stephani, 512 East 11 Mile Road, Royal Oak, Michigan

132. Samuel McCargo, 660 Woodward Avenue, Suite 2490, Detroit, Michigan

133. William Mitchell, III, 2000 Town Center, Suite 1000, Southfield, Michigan

134. Earnest Flagg, c/o Plaintiffs' counsel

135. Jonathon Bond, c/o Plaintiffs' counsel

136. Taris Jackson, c/o Plaintiffs' counsel

137. Ashly Jackson, c/o Plaintiffs' counsel

138. Dr. Brian Green, c/o Plaintiffs' counsel

139. India Bond, c/o Plaiffs' counsel

140. Joyce Rogers, 787 Red Run Drive, Troy, Michigan

141. Pastor Ken Hampton, 5440 Oakman Blvd, Detroit, Michigan

142. Ella Bully-Cummings, c/o Co-Defendant counsel

143. Kwame Kilpatrick, c/o Co-Defendant counsel

144. Carlita Kilpatrick, c/o Co-Defendant counsel

145. Bernard Kilpatrick, c/o Co-Defendant counsel

146. Christine Beatty, c/o Co-Defendant counsel

147. Matt Allen, address unknown

148. Kerwin Wimberly, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

149. Sarah Lile, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

150. Sunday Jaiyesimi, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

151. John Nelson, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

152. Mildred Kykles, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

153. Ron Ruffin, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

154. Ron Keegan, address unknown

155. Bobby Ferguson, address unknown

156. Steve Hanna, address unknown

157. Michael Passage, address unknown

158. Brian Green, address unknown

159. Billy Barnwell, address unknown

160. Jerry Oliver, address unknown

161. Craig Schwartz, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

162. Harold Curreton, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

163. Cara Best, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

164. Billy Jackson, address unknown

165. Kandia Milton, address unknown

166. Dadan Milton, address unknown

167. Ruth Carter, address unknown

168. Brenda Braceful, c/o Defendant City's counsel, 660 Woodward Avenue, Suite 1650, Detroit, Michigan

169. John Johnson, Jr., address unknown

170. Sean Werdlow, address unknown

171. Darrett "Little D" King, address unknown

172. Eric "Big E" Mitchell, address unknown

173. Wendy Mullins, (Velocita Wireless), address unknown

174. Records Custodian - City of Detroit

175. Records Custodian - City of Detroit Police Department

176. Records Custodian - City 0f Detroit Fire Department

177. Records Custodian - City of Detroit Fire Department EMS Division

178. Records Custodain - City of Detroit Human Resources Department

179. Records Custodian - City of Detroit Mayors Department

180. Records Custodian - Wayne County Medical Examiners Office

181. Records Custodian - Wayne County Sheriff's Office

182. Records Custodian - Wayne County Prosecutor's Office

183. Records Custodian - Michigan State Police

184. Records Custodian - Michigan Attorney General's Office

185. Records Custodian - Michigan Department of Corrections

186. Records Custodian - Detroit Receiving Hospital

187. Records Custodian - St. John Hospital

188. Records Custodian - St. John Riverview Hospital

189. Records Custodian - Velocita Wireless f/k/a SkyTel Communications

190. Records Custodian - Sprint/Nextel f/k/a Nextel Communications

191 Records Custodian - Ohio Department of Child Protective Services

192. Records Custodian - Pennsylvania Department of Child Protective Services


Respectfully submitted

S/John A. Schapka

John A. Schapka
City of Detroit Law Department
1650 First National Building
Detroit, Michigan  48226
(313) 224-4550   ext 23142
DATED: 20 October 2008          schaj@law.ci.detroit.mi.us


I hereby certify that on 20 October 2008, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following: all counsel of record; and I do hereby certify that I have cause the paper to be sent by electronic mail to the following non-ECF participants: none.

S/ John A. Schapka (P-36731)
City of Detroit Law Department
660 Woodward Avenue, Suite 1650
Detroit, Michigan 48226
(313) 237-3062
schaj@law.ci.detroit.mi.us


K:\DOCS\LIT\SCHAJ\A37000\WITLIST\JS3981.WPD