UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,                                  No. 05-74253

       Plaintiff,                          District Judge Gerald E. Rosen

v.                                                 Magistrate Judge R. Steven Whalen

CITY OF DETROIT, et.al.,

       Defendants.
_____/

## ORDER GRANTING MOTIONS TO AMEND

For the reasons stated on the record on October 27, 2008, the Amended Motion to Amend Order [Docket #160], filed by non-party Velocita Wireless, LLC f/k/a Bell Industries, Inc. d/b/a/ SkyTel ("SkyTel"), is GRANTED. The third paragraph of Section B of this Court's September 5, 2008 Order [Docket #141] shall be replaced by the following:

> "No later than November 19, 2008, SkyTel shall forward three copies of said communications, in CD form, to the chambers of the Honorable Gerald E. Rosen, United States District Judge, Eastern District of Michigan, in a sealed envelope for distribution to United States Magistrate Judge R. Steven Whalen and United States Magistrate Judge Michael J. Hluchaniuk, who will conduct an *in camera* review."

SO ORDERED.


                                     S/R. Steven Whalen
                                     R. STEVEN WHALEN
                                     UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 28, 2008.

                                              S/Gina Wilson
                                              Judicial Assistant