UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,　　　　　　　　　　　No. 05-74253

　　　　Plaintiff,　　　　　　　　　　　　District Judge Gerald E. Rosen

v.　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

CITY OF DETROIT, et.al.,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　　/

**ORDER**

Before the Court is Defendant City of Detroit's Motion for Extension of Time in Which to Comply with the Court's Order Compelling Discovery [Docket #293]. The Plaintiff has not filed a response, making this an unopposed motion. Pursuant to E.D. Mich. L.R. 7.1(e)(2), the motion will be determined without oral hearing.

This Court's order of January 15, 2010 [Docket #278] directed that the discovery ordered therein be produced within seven days, or January 22, 2010. Defendant requests an additional 14 days. Having reviewed the motion, I find that this request is not unreasonable. Of course, more than 14 days have elapsed since January 22nd. However, I note that the Court has extended the discovery cut-off date to May 28, 2010.

Therefore, in order to accommodate both Plaintiff's need for timely production of this discovery and Defendant's apparent difficulty in collecting a large amount of material, and to avoid additional discovery-related litigation, I will generously permit the Defendant to produce the discovery ordered in my January 15th Order [Docket #278] no later than 14 days from the date of this Order, or March 2, 2010.

Defendant's failure to comply with this Order may result in the imposition of

-1-

sanctions under Fed.R.Civ.P. 37.

    IT IS SO ORDERED.


                S/R. Steven Whalen
                R. STEVEN WHALEN
                UNITED STATES MAGISTRATE JUDGE

Dated: February 16, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 16, 2010.

                S/Gina Wilson
                Judicial Assistant