# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ERNEST FLAGG,

               Plaintiff(s),

                                  CASE NUMBER: C05-74253

v.                                 HON. GERALD E. ROSEN

CITY OF DETROIT, et al,

               Defendant(s).

_____/

## AMENDED NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Gerald E. Rosen, United States District Judge for the above proceeding on **March 23, 2010 at 2:00 p.m.**,  in **Court Room 733**, Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226.  The following motion(s) are scheduled for hearing:

■ Sealed Motion for an Order Consistent with this Court's Rulings re: Order Referring Motion to Magistrate Judge, filed March 9, 2010 [DE 315]

■ Sealed Motion to Quash Subpoenas and Notices of Depositions, filed March 11, 2010 [DE 318]

■ Sealed Motion to Vacate Order of Reference to Magistrate Judge, filed March 11, 2010 [DE 322]

---

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2010, by electronic and/or ordinary mail.

                                s/Ruth A.Gunther_____

                                Case Manager

                                (313) 234-5137