UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,                               No. 05-74253

      Plaintiff,                               District Judge Gerald E. Rosen

v.                                              Magistrate Judge R. Steven Whalen

CITY OF DETROIT, et.al.,

      Defendants.
_____/

## ORDER

Before the Court is Defendant Christine Beatty's motion to compel supplemental answers to her Interrogatory No. 5 [Docket #274]. However, on June 2, 2010, the Court entered a stipulated order dismissing Defendant Beatty without prejudice [Docket #378]. Accordingly, her motion to supplement interrogatory answers [Docket #274] is DENIED AS MOOT.

    IT IS SO ORDERED.


                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated:  June 7, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 7, 2010.

                                                S/Gina Wilson
                                                Judicial Assistant