UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST FLAGG, as Next Friend
of JONATHAN BOND,  No. 05-74253

    Plaintiff,  District Judge Gerald E. Rosen

v.  Magistrate Judge R. Steven Whalen

CITY OF DETROIT, et.al.,

    Defendants.
                                        /

**ORDER**

For the reasons and under the terms stated on the record on September 2, 2010, Plaintiffs' Motion to Compel Discovery [Docket #414] is GRANTED IN PART AND DENIED IN PART, as follows:

Request to Produce No. 1: DENIED.

Request to Produce No. 2: GRANTED. Defendant shall produce the requested personnel files, but may redact personal information, such as Social Security numbers, medical and family information, and any information that might, if disclosed, pose a safety risk to any individual or compromise an investigation.

Request to Produce No. 3 and No. 4: GRANTED, to the extent that Defendant shall undertake a good faith search for the requested work assignment and shift information of Sandy Cardenas and produce that which is located. If Defendant does not have the requested information, it shall so certify, describing what actions it undertook to locate the information.

Request to Produce No. 5: GRANTED, to the extent that Defendant will produce disks containing, in PDF format, the billing records for the requested cell phone prefixes,

restricted to the period from January 1, 2002 to April 30, 2003.

Interrogatory No. 1: GRANTED.  Defendant shall produce all responsive documents in its possession or control.

Interrogatory No. 2 and No. 3: GRANTED. The documents produced under Document Request No. 5, discussed above, shall suffice as the answers to these interrogatories.

Interrogatory No. 4: GRANTED. Defendant will supplement its response, as indicated on the record on September 2, 2010.

Defendant will respond to the document requests that have been ordered within seven days of the date of this Order.

Defendant will respond to the interrogatories that have been ordered within 16 days of the date of this Order.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  September 2, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 2, 2010.

S/G. Wilson
Judicial Assistant